UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO.: 06-243-JMH

West Hills Farms, LLC,                                                              PLAINTIFFS
Arbor Farms, LLC, and
Nelson Breeders, LLC

v.

ClassicStar, LLC,                                                                    DEFENDANTS
ClassicStar Farms, LLC,
National Equine Lending Co., LLC,
Geostar Corp.,
Tony Ferguson,
David Plummer,
and
John Does 1-3.

## PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND FOR PROTECTIVE ORDER TO PRESERVE EVIDENCE

Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, and Nelson Breeders, LLC respectfully request the Court grant their Motion for Leave to Conduct Expedited Discovery and for Protective Order to Preserve Evidence. The basis for this relief is set forth below and is set forth in more detail in Plaintiffs' Memorandum in Support of this Motion filed contemporaneously herewith.

ClassicStar, LLC has indicated that it intends to liquidate its remaining equine assets at the upcoming Fasig-Tipton sales on November 5, 2006. Plaintiffs have no way of knowing whether these assets to be liquidated were purchased with money obtained from Plaintiffs as a result of the misrepresentations by ClassicStar, or whether these assets to be liquidated include the thoroughbred foals that resulted from the handful of thoroughbred pairings that Plaintiffs

obtained for their $56 Million purchase of Mare Lease Program interests from ClassicStar, or whether these assets to be liquidated include the other equine interests which Plaintiffs may have unwittingly purchased from ClassicStar, which are all the subject of the claims in the Complaint. Moreover, given the breadth of the fraud perpetrated by the Defendants through ClassicStar, which is now under investigation by the United States Attorney, it is likely that Defendants will continue to dissipate the funds they obtained through the ClassicStar fraud from the reach of the Plaintiffs; indeed, while Plaintiffs suspect that Defendants have transferred those assets to GeoStar's Canadian and offshore holdings, Plaintiffs have been unable to determine how Defendants have utilized the hundreds of millions of dollars they collected for the largely fictitious breeding assets they sold under the Mare Lease Programs at issue in this case.

Accordingly, Plaintiffs request that the Court permit Plaintiffs, before a Fed. R. Civ. P. 26(f) meet and confer conference, to propound the requests for production set forth in the attached Exhibit A; Plaintiffs request that ClassicStar be required to respond to such requests by no later than October 10, 2006; Plaintiffs request that designees of both ClassicStar entities with most knowledge of the 2004 operations of the ClassicStar Mare Lease Programs and a designee of GeoStar Corp. be required to appear for deposition during the week of October 21, 2006 on the 30 (b)(6) designations set forth in the attached Exhibit B; and Plaintiffs further request that they be permitted to serve the subpoenas duces tecum attached as Exhibit C to third parties known to be in possession of ClassicStar's financial documents. Only through this relief will Plaintiffs be in a position to support a motion for preliminary injunctive relief, beyond that sought in the Motion for Temporary Restraining Order filed contemporaneously herewith, that will effectively freeze the stolen funds and prevent Defendants from removing same beyond this Court's reach.

Plaintiffs also move the Court to grant a Protective Order, Exhibit D, preserving evidence in this matter to ensure that Defendants do not inadvertently or purposely destroy electronic or paper records relevant to this litigation in their possession.

Separate Proposed Orders granting leave to conduct expedited discovery and entering a Protective Order to preserve evidence are submitted herewith.

Respectfully submitted,

/s/ Barry D. Hunter
Paul E. Sullivan
Barry D. Hunter
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
Telephone:   (859) 231-0000
Facsimile:   (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:   (502) 589-5400
Facsimile:   (502) 581-1087
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of September, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    David A. Owen, Esq.
    Brian M. Johnson, Esq.
    James R. Wooley, Esq.
    Steven M. Dettelbach, Esq.
    Jeffrey H. Paravano, Esq.

I further certify that on this same date I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| David A. Owen, Esq. | James R. Wooley, Esq. |
| Brian M. Johnson, Esq. | Steven M. Dettelbach, Esq. |
| Greenebaum Doll & McDonald PLLC | Jeffrey H. Paravano, Esq. |
| 300 West Vine Street | Baker & Hostetler LLP |
| Suite 1100 | 1900 East Ninth Street |
| Lexington, KY  40507 | Suite 3200 |
| | Cleveland, OH  41114 |

                                              /s/ Barry D. Hunter
                                              COUNSEL FOR PLAINTIFF

LEXLibrary 0108868.0536983 309834v.1