UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO.: 06-243-JMH

West Hills Farms, LLC,     PLAINTIFFS
Arbor Farms, LLC, and
Nelson Breeders, LLC

v.

ClassicStar, LLC,     DEFENDANTS
ClassicStar Farms, LLC,
National Equine Lending Co., LLC,
Geostar Corp.,
Tony Ferguson,
David Plummer,
and
John Does 1-3.

## MOTION TO FILE AMENDED COMPLAINT
## AND MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, West Hills Farms, LLC, Arbor Farms, LLC, and Nelson Breeders, LLC, pursuant to Fed.R.Civ.P. 15, respectfully request this Court for leave to file their Amended Complaint, a copy of which is attached as Exhibit "A". In support of their Motion, the Plaintiffs state as follows:

The only change proposed in the Amended Complaint from the prior Complaint is the addition of a fourth plaintiff, MacDonald Stables, LLC ("MacDonald"). MacDonald purchased mare leases similar to those purchased by the present Plaintiffs and sold as part of the same pattern of activity described in the Complaint. The Defendants have not yet answered the Complaint, and will not be prejudiced in any way by the granting of leave to file this Amended Complaint.

An Order granting relief as requested is tendered herewith.

Respectfully submitted,

/s/ Barry D. Hunter
Paul E. Sullivan
Barry D. Hunter
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
Telephone:   (859) 231-0000
Facsimile:    (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:   (502) 589-5400
Facsimile:    (502) 581-1087
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of October, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>David A. Owen, Esq.
>Brian M. Johnson, Esq.
>James R. Wooley, Esq.
>Steven M. Dettelbach, Esq.
>Jeffrey H. Paravano, Esq.

I further certify that on this same date I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| David A. Owen, Esq. | James R. Wooley, Esq. |
| Brian M. Johnson, Esq. | Steven M. Dettelbach, Esq. |
| Greenebaum Doll & McDonald PLLC | Jeffrey H. Paravano, Esq. |
| 300 West Vine Street | Baker & Hostetler LLP |
| Suite 1100 | 1900 East Ninth Street |
| Lexington, KY  40507 | Suite 3200 |
| | Cleveland, OH  41114 |

/s/ Barry D. Hunter
COUNSEL FOR PLAINTIFF

LEXLibrary 0108868.0536983 313438v.1