UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

FILED ELECTRONICALLY

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) ) ) ) | MDL No. 1877<br><br>Master File:<br>Civil Action No.: 5:07-cv-353-JMH |
| AND | ) ) | |
| WEST HILLS FARMS, LLC, ET AL. | ) ) | |
| PLAINTIFFS | ) | |
| V. | ) ) | CASE NO.: 06-243-JMH |
| CLASSICSTAR, LLC, ET AL. | ) ) | |
| DEFENDANTS. | ) | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT, NATIONAL EQUINE LENDING CO., LLC**

Plaintiffs, West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC, and Jaswinder and Monica Grover (collectively referred to herein as "Plaintiffs"), hereby move, pursuant to Fed.R.Civ.P. 55, for default judgment against Defendant National Equine Lending Co., LLC ("NELC"). As grounds for the motion, Plaintiffs state as follows:

This action was originally filed on July 28, 2006, naming NELC as a defendant. On August 10, 2006, NELC was served with the Summons and Complaint [Case No. 06-243 Docket Entry Number 8.] NELC requested and was granted an extension of time to respond to that Complaint. Since that date, a Second and Third Amended Complaint have been filed. On March

24, 2008, Plaintiffs' counsel informed counsel for NELC that Plaintiffs demanded that NELC answer or otherwise respond to the Third Amended Complaint. To date, NELC has made no response.

For the foregoing reasons, Plaintiffs respectfully requests that the Court enter default judgment against Defendant, National Equine Lending Co., LLC on Plaintiffs' claims against it.

Respectfully submitted,

/s/ Barry D. Hunter
Barry D. Hunter
Paul E. Sullivan
Medrith Lee Norman
Frost Brown Todd, LLC
250 West Main Street, Suite 2700
Lexington Kentucky  40507

And

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:    (502) 589-5400
Facsimile:    (502) 581-1087
Attorneys for Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC, Jaswinder Grover and Monica Grover

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been electronically filed on March 28, 2008, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Robert M. Anderson<br>randerson@vancott.com | Amanda Brockmann<br>abrockmann@bsglex.com |
| Nicholas Deenis<br>ndeenis@stradley.com | Judy A. Clausen<br>jclausen@murphyandersonlaw.com |
| T. Parker Douglas<br>pdouglas@hjdlaw.com | Sherryll M. Dunaj<br>dunajs@stephenslynn.com |
| Barbara B. Edelman<br>Edelman@dinslaw.com, | Eric D. Freed<br>efreed@cozen.com |
| John G. Irvin, Jr.<br>jirvin@ksattorneys.com | Brian M. Johnson<br>bmj@gdm.com, |
| Romaine C. Marshall<br>rcmarshall@hollandhart.com | Janet Knauss Larsen<br>larja@fosterpdx.com |
| Catherine L. Sakach<br>csakach@wolfblock.com | Jeffrey Weston Shields<br>jshields@joneswaldo.com |
| J. Ronald Sim<br>jrsim@stoel.com | Christopher B. Snow<br>cbs@clydesnow.com |
| David P. Thatcher<br>david.thatcher@chamberlainlaw.com | T. Scott White<br>tsw@morganandpotinger.com |
| Richard J. Idell<br>Richard.idell@idellseitel.com | Michael J. Gartland<br>mgartland@wisedel.com |
| Timothy S. Arnold<br>timarn@bkf-law.com | Ian M. Comisky<br>icomisky@blankrome.com |

| | |
|---|---|
| Jayson E. Blake<br>jeb@millerlawpc.co | Daniel L. Berman<br>dlb@bermansavage.com |

/s/ Barry D. Hunter
Counsel for West Hills Farms, LLC,
Arbor Farms, LLC, Nelson Breeders, LLC,
MacDonald Stables LLC and Jaswinder and
Monica Grover