UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

FILED ELECTRONICALLY

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION ) ) ) ) ) ) AND ) ) WEST HILLS FARMS, LLC, ET AL. ) ) PLAINTIFFS ) V. ) ) CLASSICSTAR, LLC, ET AL. ) ) DEFENDANTS. ) | MDL No. 1877<br><br>Master File:<br>Civil Action No.: 5:07-cv-353-JMH<br><br><br><br><br>CASE NO.: 06-243-JMH |

## DEFAULT JUDGMENT
## AGAINST DEFENDANT, NATIONAL EQUINE LENDING CO., LLC

Plaintiffs, West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC, and Jaswinder and Monica Grover (collectively referred to herein as "Plaintiffs"), having moved for default judgment against Defendant, National Equine Lending Co., LLC ("NELC"), and the Court being in all ways sufficiently advised, it is hereby ORDERED that:

1. Plaintiffs' Motion is granted; and

2. Judgment is hereby entered against Defendant, National Equine Lending Co., LLC, on the claims of the Plaintiffs against it.

                                                                                                                                                      _____
                                                          Judge, U.S. District Court for the Eastern District
                                                           of Kentucky, Central Division at Lexington