UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

ELECTRONICALLY FILED

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) MDL No. 1877 )  ) Master File: ) Civil Action No.: 5:07-cv-353-JMH ) |
| AND | ) ) |
| WEST HILLS FARMS, LLC, ET AL. | ) ) |
| PLAINTIFFS | ) |
| V. | ) CASE NO.: 06-243-JMH ) |
| CLASSICSTAR, LLC, ET AL. | ) ) |
| DEFENDANTS. | ) |

## THE WEST HILLS PLAINTIFFS' MOTION FOR SANCTIONS

The MDL Plaintiffs, through undersigned counsel, move the Court for sanctions directed against Defendant GeoStar Corp. for disregarding Judge Hood's December 8, 2008 Order [D.E. 689] regarding Defendants' obligation to identify which of the witnesses "who are either individual parties *or the employees of corporate parties*" who will assert their Fifth Amendment privilege . . ." *Id.*, par. 5. GeoStar's counsel's January 15, 2009 submission in this regard is attached as Exhibit A. Plaintiffs' January 9 filing is attached as Exhibit B. While GeoStar's counsel's January 15, 2009 submission complies with the Court's Order as to the individual GeoStar defendants, it fails to comply as to the employees of GeoStar. Counsel for GeoStar states:

> We do not represent the individuals identified as employees of GeoStar Corporation on the plaintiffs' list. Accordingly, we are not authorized to state the intentions of those individuals with respect to their Fifth Amendment privilege, nor do we know their intentions at this time.

Moreover, GeoStar has failed to provide any dates when Plaintiffs can depose its 30(b)(6) witness(es) or any of the employees identified in Plaintiffs' January 9 submission, *i.e.*, Messrs. Lambert, Overton and Evans.

To achieve compliance with the December 8 Order, including paragraph 2 as well as paragraph 5, this Court should award monetary sanctions against GeoStar, and it should compel GeoStar immediately to: (1) declare whether Messrs. Lambert, Overton and Evans will assert their Fifth Amendment privilege and (2) Order firm dates prior to April 15, 2009 when its 30(b)(6) witnesses and Messrs. Lambert, Overton and Evans can be deposed. Plaintiffs respectfully request that the Court enter an Order assessing appropriate sanctions and requiring GeoStar's compliance, as set forth herein.

Respectfully submitted,

/s/ Barry D. Hunter
Paul E. Sullivan
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street
Suite 2800
Lexington, Kentucky 40507-1749
Telephone:  (859) 231-0000
Facsimile:  (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been electronically filed on January 30, 2009, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Simona Alessandra Agnolucci**
sagnolucci@howardrice.com

**Jason Trent Ams**
jta@gdm.com,sdykeman@winston.com

**Robert M. Anderson**
randerson@vancott.com

**Timothy S. Arnold**
timarn@bkf-law.com

**Jennifer Cave Artiss**
jca2@gdm.com,mlw@gdm.com,ckw@gdm.com

**Daniel L. Berman**
dlb@bermansavage.com

**Mark Bradley Blackburn**
mblackburn@erskine-blackburn.com

**Jayson E. Blake**
jeb@millerlawpc.com

**Fred M. Blum**
fblum@bmeblaw.com

**Thomas L. Canary, Jr.**
tcanary@mapother-atty.com

**John Jay Carwile**
jcarwile@ahn-law.com,ECF@ahn-law.com

**David Z. Chesnoff**
dzchesnoff@gcklaw.com

**Judy A. Clausen**
jclausen@murphyandersonlaw.com

**Neal D. Colton**
ncolton@cozen.com

**Emily H. Cowles**
ehc@morganandpottinger.com

**C. Edward Craft**
craft@litchfieldcavo.com

**Jason W. Crowell**
jwcrowell@stoel.com,jalorton@stoel.com,sea_docket@stoel.com

**Nicholas Deenis**
ndeenis@stradley.com

**Nathan Ray Denney**
ndenney@cnmlaw.com

**Lawrence R. Desideri**
ldesideri@winston.com,mdaun@winston.com,ECF_CH@winston.com

**Dennis M. Dolan**
dolan@litchfieldcavo.com

**Peter H. Donaldson**
pdonaldson@swlaw.com

**T. Parker Douglas**
pdouglas@hjdlaw.com

**Blake C. Erskine, Jr.**
berskine@erskine-blackburn.com,dmarlin@erskine-blackburn.com,vflores@erskine-blackburn.com

**Brian P. Flaherty**
bflaherty@wolfblock.com

**Eric D. Freed**
efreed@cozen.com,ncolton@cozen.com,mmerola@cozen.com

**David S. Frydman**
dfrydman@frydmanllc.com

4

**Michael Joseph Gartland**
mgartland@wisedel.com,wdecfs@gmail.com

**Paul B. George**
georp@fosterpdx.com,beldt@fosterpdx.com

**James Douglas Gilson**
jgilson@cnmlaw.com

**Ronald L. Green**
rgreen@bsglex.com,dhobson@bsglex.com

**Brent O. Hatch**
bhatch@hjdlaw.com

**Nancy L. Hendrickson**
nancy@hendricksonlawfirm.com

**George Edward Henry, II**
geh@hwgsg.com

**Robin Luce Herrmann**
luce-herrmann@butzel.com

**Gloria S. Hong**
gshong@stoel.com

**Richard J. Idell**
richard.idell@idellseitel.com,courts@idellseitel.com

**John G. Irvin, Jr.**
jirvin@ksattorneys.com

**Brent E. Johnson**
bjohnson@hollandhart.com,kbkurtz@hollandhart.com

**Brian M. Johnson**
bmj@gdm.com,ejk@gdm.com,ckw@gdm.com

**Terry E Johnson**
tjohnson@pjmlaw.com

**Jeremy T. Kamras**
jkamras@howardrice.com,nprince@howardrice.com,jcaruso@howardrice.com

5

**Ellen Arvin Kennedy**
federaldistricteky@fowlerlaw.com,fmbfederaldistrict@gmail.com

**Benjamin Samuel Klehr**
bklehr@cozen.com

**Gregory M. Krause**
krauseg@butzel.com,waldroup@butzel.com

**Matthew L. Lalli**
mlalli@swlaw.com

**Jeffrey A. Lane**
jlane@springer-and-steinberg.com,zjobe@springer-and-steinberg.com

**Janet Knauss Larsen**
larja@fosterpdx.com,erwil@fosterpdx.com,decks@fosterpdx.com,spenr@fosterpdx.com,beldt@fosterpdx.com

**Kara Read Marino**
kmarino@hwgsg.com

**Romaine C. Marshall**
rcmarshall@hollandhart.com,lcpaul@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com

**Maura E. McKenna**
mmckenna@wolfblock.com

**John O'Neill Morgan, Jr.**
court@johnomorganjr.com,john@johnomorganjr.com

**Niels P. Murphy**
nmurphy@murphyandersonlaw.com,bblair@murphyandersonlaw.com,scassidy@murphyandersonlaw.com,jclausen@murphyandersonlaw.com

**Marc L. Newman**
mln@millerlawpc.com

**David Andrew Owen**
dao@gdm.com,ejk@gdm.com,ckw@gdm.com

**Kent Clark Phipps**
cphipps@ahn-law.com,ECF@ahn-law.com

**Gregory L. Powell**
poweg@fosterpdx.com,beckc@fosterpdx.com

**C. Randall Raine**
crr@hwgsg.com

**Elizabeth Juliana Rest**
elizabeth.rest@idellseitel.com,erest@idellseitel.com

**Ruben Patricio Ruiz**
rruiz@bmeblaw.com

**Catherine L. Sakach**
csakach@wolfblock.com

**Ory Sandel**
ory.sandel@idellseitel.com

**Richard A. Schonfeld**
rreyes@gcklaw.com

**David W. Scofield**
dws@psplawyers.com

**Gilbert Ross Serota**
gserota@howardrice.com

**J. Ronald Sim**
jrsim@stoel.com,jalorton@stoel.com,sea_docket@stoel.com,gshong@stoel.com

**Michael Albert Simpson**
msimpson@ahn-law.com,ECF@ahn-law.com

**Jeffrey Alan Springer**
jspringer@springer-and-steinberg.com,zjobe@springer-and-steinberg.com

**Matthew A. Stinnett**
mas2@gdm.com,ckw@gdm.com

**John R. Tarter**
jtarter@mapother-atty.com

**David P. Thatcher**
david.thatcher@chamberlainlaw.com,angela.mckinley@chamberlainlaw.com

**Rebecca A. Thiebes**
thier@fosterpdx.com

**Kyle C. Thompson**
kthompson@bermansavage.com

**Amanda Lee Tomlin**
atomlin@bsglex.com

**Ahndrea R Van Den Elzen**
arv@pjmlaw.com

**Mary Jane E. Wagg**
mwagg@vancott.com,docketing@vancott.com,kkatzdorn@vancott.com

**Dan K. Webb**
dwebb@winston.com

**Mickey T. Webster**
mwebster@wyattfirm.com,hdabney@wyattfirm.com,rhobson@wyattfirm.com

**Yosef Y. Weintraub**
yweintraub@frydmanllc.com

**T. Scott White**
tsw@morganandpottinger.com

**Kenneth W. Yeates**
kyeates@bermansavage.com

I further certify that on this same date I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

**Arthur Joel Abramowitz**
Cozen O'Connor, PC - NJ
457 Haddonfield Rd
Suite 300
P.O. Box 5459
Cherry Hill, NJ 08002-2220

**Stephen J. Defeo**
Brown and Connery LLP
360 Haddon Ave
Westmont, NJ 08108

**Joseph M. Garemore**
Brown and Connery LLP
360 Haddon Ave
Westmont, NJ 08108

**Eric Matthew Hurwitz**
Stradley, Ronon, Stevens & Young, LLP - NJ
200 Lake Drive E
Suite 300
Cherry Hill, NJ 08002

**Robert Patrick Ingram**
Dickinson, Prud'Homme, Adams & Ingram, LLP
730 17th St
Suite 730
Denver, CO 80202-3504

**Thomas McKay, III**
Cozen O'Connor, PC - NJ
457 Haddonfield Rd
Suite 300
P.O. Box 5459
Cherry Hill, NJ 08002-2220

**National Equine Lending Company, LLC**
c/o Terry Green
111 E Broadway
Suite 250
Salt Lake City, UT 84111

**New NEL, LLC**
c/o Terry Green
111 E Broadway
Suite 250
Salt Lake City, UT 84111

/s/ Barry D. Hunter
Counsel for West Hills Farms, LLC,
Arbor Farms, LLC, Nelson Breeders, LLC,
MacDonald Stables LLC and Jaswinder and
Monica Grover