UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION<br><br>AND<br><br>WEST HILLS FARMS, LLC<br><br>PLAINTIFF<br><br>V.<br><br>CLASSICSTAR, LLC, ET AL.<br><br>DEFENDANTS | MDL NO. 1877<br><br>MASTER FILE:<br>CIVIL ACTION NO. 5:07-CV-353-JMH<br><br>AND<br><br>CIVIL ACTION NO. 5:06-CV-243-JMH |

## AGREED ORDER

The parties being in agreement, Third-Party Defendants Hanna Strader, P.C., and Joseph Hanna (the "Hanna Defendants"), having appeared in this action, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Third-Party Complaint of GeoStar Corporation against the Hanna Defendants be, and is, DISMISSED WITH PREJUDICE.

_____
JUDGE, UNITED STATES DISTRICT COURT

3398502_1.DOC