UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
FILED
MAY 18 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

ELECTRONICALLY FILED

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) MDL No. 1877 |
| AND | ) ) Master File: ) Civil Action No.: 5:07-cv-353-JMH |
| WEST HILLS FARMS, LLC, ET AL. | ) ) ) |
| PLAINTIFFS | ) |
| V. | ) CASE NO.: 06-243-JMH |
| CLASSICSTAR, LLC, ET AL. | ) ) |
| DEFENDANTS. | ) |

## AGREED ORDER OF DISMISSAL

This cause coming to be heard by agreement of Plaintiffs Jaswinder and Monica Grover ("Grovers"), and Defendant Handler, Thayer and Duggan, LLC ("Defendant"), pursuant to a Settlement Agreement between them, the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

All claims of the Plaintiffs against Defendant Handler, Thayer and Duggan, LLC are hereby dismissed, as settled, with prejudice, with each side to bear its own fees and costs and with all other claims in this action to remain pending and unaffected by this Order

BY THE COURT:

5/18/09   *Joseph M. Hood*
Honorable Joseph M. Hood
United States District Court Judge

SUBMITTED BY:

/s/ Barry D. Hunter
Barry D. Hunter
Paul E. Sullivan
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
COUNSEL FOR PLAINTIFFS
WEST HILLS FARMS, LLC,
ARBOR FARMS, LLC, NELSON
BREEDERS, LLC, MACDONALD
STABLES, LLC, JASWINDER GROVER
AND MONICA GROVER