UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY, LEXINGTON

| | | |
|---|---|---|
| In re: ClassicStar Mare Lease Litigation | ) ) ) | MDL No. 1877<br>Track III Case |
| James D. Lyon, Chapter 7<br>Trustee of ClassicStar LLC, | ) ) ) | Master File:<br>Civil Action No. 5:07-cv-353-JMH |
| Plaintiff, | ) ) | and |
| v. | ) ) | Civil Action No. 5:09-215-JMH |
| Tony P. Ferguson, et al., | ) ) | |
| Defendants. | ) ) | **JURY DEMAND** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 38, Plaintiff James D. Lyon, Chapter 7 Trustee of ClassicStar LLC hereby demands a trial by jury in the above matter as to all counts and all issues so triable.

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 21, 2010

By: */s/ Earl M. Forte*
Earl M. Forte
Joseph O. Click
Stephen E. Gross
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Tel.: (215) 569-5500

John O. Morgan, Jr.
Attorney at Law
393 Plainview Road
P.O. Box 25667
Lexington, KY 40507
Tel.:  (859) 253-6500

Counsel for Plaintiff
James D. Lyon, Chapter 7 Trustee of
ClassicStar LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY, LEXINGTON

| | |
|---|---|
| In re: ClassicStar Mare Lease Litigation )<br>)<br>James D. Lyon, Chapter 7 )<br>Trustee of ClassicStar LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Tony P. Ferguson, et al., )<br>)<br>Defendants. )<br>) | MDL No. 1877<br>Track III Case<br><br>Master File:<br>Civil Action No. 5:07-cv-353-JMH<br><br>and<br><br>Civil Action No. 5:09-215-JMH |

## CERTIFICATE OF SERVICE

I, Jonathan Scott Goldman, hereby certify that on June 21, 2010 a true and correct copy of the attached Jury Demand was served via ECF upon all parties.

*/s/ Jonathan Scott Goldman*
Jonathan Scott Goldman