UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION ) ) ) ) AND ) ) WEST HILLS FARMS, LLC, ET AL. ) ) PLAINTIFFS ) V. ) ) CLASSICSTAR, LLC, ET AL. ) ) DEFENDANTS ) | MDL No. 1877<br><br>Master File:<br>Civil Action No.: 5:07-cv-353-JMH<br><br><br><br>CASE NO.: 06-243-JMH |

## ORDER

This matter having come before the Court on the Motion by Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC, and Monica and Jaswinder Grover to file a memorandum in excess of forty pages in opposition to Gastar Exploration Ltd.'s Motion for Summary Judgment on Certain Track I Plaintiffs' Claims Under Federal RICO Law, and the Court being in all ways sufficiently advised, IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED: _____

_____
Judge, United States District Court

TENDERED BY:

/s/ Barry D. Hunter_____
Paul E. Sullivan
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749
Telephone:  (859) 231-0000
Facsimile:  (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087

Attorneys for MDL Plaintiffs

LEXLibrary 0108868 . 0536983   429510v1