ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION OF LEXINGTON**

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) ) ) ) ) | MDL No. 1877 |
| | | Master File: |
| | | Civil Action No. 5:07-CV-353-JMH |
| and | | |
| WEST HILLS FARMS, LLC, ET AL., | ) | Case Action No. 5:06-CV-243-JMH |
| SKINNER, ET AL., | ) | Case Action No. 5:09-CV-419-JMH |

**DEFENDANTS' AMENDED WITNESS LIST**

Defendants Tony P. Ferguson, Thomas E. Robinson, ClassicStar Farms, Inc., GeoStar Corporation, GeoStar Financial Services Corporation and First Source Wyoming, Inc. identify the following witnesses for trial, either through testimony presented at trial or testimony previously submitted by deposition as designated below:

1.    Paul Bangerter –Mr. Bangerter will testify regarding the mare lease program.

2.    William Bolles – Mr. Bolles will testify regarding GeoStar Corporation, its subsidiaries and records of the same.

3.    Lee Brower –Mr. Brower will testify regarding the mare lease program.

4.    Susan Bunning –Ms. Bunning will testify regarding the history of the mare lease program.

5.    Byron Dyson – Mr. Dyson will testify regarding ClassicStar, LLC, GeoStar Corporation, First Source Wyoming, Inc., and Gastar Exploration, Ltd., including the operations of these companies and the interactions, relationship and dealings between the same.

6.    Kathryn D'Ann Eakin –Ms. Eakin will testify regarding the mare lease program.

1

7.    Tony Ferguson – Mr. Ferguson may testify regarding the operations of ClassicStar, LLC and GeoStar Corporation.

8.    Jon Freston –Mr. Freston will testify regarding the mare lease program and the actions of the Plaintiffs regarding the same.

9.    Michael Gerlich – Mr. Gerlich will testify regarding Gastar Exploration, Ltd., its operations, and its relationships and dealings with GeoStar Corporation and ClassicStar, LLC.

10.   Danny Hendrix –Mr. Hendrix will testify regarding the relationship and dealings between Karren, Hendrix, Stagg, Allen & Company and National Equine Lending Company and ClassicStar, LLC.

11.   George Hofmeister –Mr. Hofmeister will testify regarding the history of the mare lease program.

12.   Justin Jones –Mr. Jones will testify regarding the tax opinions provided by Hanna Strader, P.C.

13.   George Keeney – Mr. Keeney will testify about GeoStar Corporation's actions to make funding available to ClassicStar, LLC, the dilution of GeoStar Corporation's interest in Gastar Exploration, Ltd, and the lack of consideration returned to GeoStar Corporation.

14.   Robert Keys –Mr. Keys will testify regarding Privacy Consulting Group and its relationship with ClassicStar, LLC, GeoStar Corporation and the plaintiffs.

15.   Mike King –Mr. King will testify regarding the operations of ClassicStar, LLC.

16.   John Knowles –Mr. Knowles will testify regarding the operations of Buffalo Ranch, LLC.

17.   Frederick Lambert – Mr. Lambert may testify regarding the operations of GeoStar Corporation and its subsidiaries and affiliated companies.

18.     Stephen Lovegren –Mr. Lovegren will testify regarding the operations and finances of Walter Remmers, Debra Remmers, Dennis Sackhoff, and Mary Sackhoff, the operations and finances of their respective companies, and their tax deductions for the relevant time period.

19.     James D. Lyon – Mr. Lyon may testify regarding all claims asserted by him as Trustee of ClassicStar, LLC, including his actions individually and through counsel on behalf of the estate of ClassicStar, LLC.

20.     Matt Lyons – Mr. Lyons may testify regarding the operations of ClassicStar, LLC.

21.     Mindi Morishita –Ms. Morishita will testify regarding the operations of ClassicStar, LLC, and certain affiliated entities and partnerships.

22.     Bryan Nelson –Mr. Nelson will testify regarding his participation in the mare lease program and subsequent dealings with interested parties.

23.     Toby Norton –Mr. Norton will testify regarding the operations of ClassicStar, LLC, and certain affiliated entities and partnerships.

24.     David Plummer –Mr. Plummer may testify regarding the development of the mare lease program, and the operations of ClassicStar, LLC and Buffalo Ranch, LLC, and related and affiliated companies and partnerships.

25.     Scott Plummer –Mr. Plummer will testify regarding the operations of Buffalo Ranch, LLC.

26.     Shane Plummer –Mr. Plummer will testify regarding the operations of ClassicStar, LLC and Buffalo Ranch, LLC, and related and affiliated companies and partnerships.

3

27.     Spencer Plummer –Mr. Plummer may testify regarding the operations of ClassicStar, LLC and Buffalo Ranch, LLC, and related and affiliated companies and partnerships.

28.     Russell Porter –Mr. Porter will testify regarding the operations of Gastar Exploration, Ltd., and the activities of certain affiliated entities.

29.     Patrick Riley –Mr. Riley will testify about the financial and tax-related activities of Bryan and Laurel Nelson.

30.     Thom Robinson - Mr. Robinson may testify regarding the operations of GeoStar Corporation and its subsidiaries and affiliated companies.

31.     Boyce Sanderson – Mr. Sanderson may testify regarding the operations of ClassicStar, LLC and the activities of the plaintiffs.

32.     Sulaksh Shah – Mr. Shah will testify regarding the opinions he has provided in this case.

33.     Carol Shrives –Ms. Shrives will testify regarding the operations of ClassicStar, LLC and Buffalo Ranch, LLC.

34.     Gary Thomson –Mr. Thomson will testify regarding his dealings with David Plummer, Spencer Plummer and Terry Green, and the operations of National Equine Lending Company.

35.     Chad Vanderlinden –Mr. Vanderlinden will testify regarding the activities of David Plummer and Spencer Plummer, and the operations of ClassicStar, LLC and affiliated entities and partnerships.

36.     All current and former agents or representatives of any Plaintiffs who may know of information relevant to this matter not included above.

37.     Any witnesses named by Plaintiffs in this matter, including Plaintiffs' designations of deposition testimony to the extent Defendants do not object to such designations.

38.     Any expert witness identified by any party to this action not included above.

39.     Defendants reserve the right to add further witnesses as may be necessary to rebut the testimony of Plaintiffs' witnesses.

<u>DESIGNATIONS OF PAUL BANGERTER</u>

13/16 – 14/12

14/16 – 15/19

22/24 – 23/12

36/2 – 36/12

36/15 – 37/7

41/22 – 44/2

45/15 – 46/22

50/10 – 50/25

52/20 -53/25

54/9 – 55/2

55/7 – 56/5

62/25 – 63/19

63/22 -64/4

66/10 – 67/5

87/12 -88/10

118/17 – 119/6

153/7 – 153/20

155/10 – 155/22

## DESIGNATIONS OF WILLIAM BOLLES (5/13/2009)

60/2 – 60/4

60/10 – 60/23

61/23 – 62/7

67/8 – 67/11

68/5 – 68/16

69/14 – 69/20

71/1 – 71/3

89/19 – 89/24

91/11 – 92/3

92/6 – 92/8

92/10 – 92/14

92/22 – 93/11

107/19 – 108/13

131/14 – 132/3

173/18 – 173/22

175/20 – 175/23

176/8 – 177/2

180/3 – 180/9

180/19 – 181/5

191/12 – 192/1

192/3 – 192/6

192/9 – 192/12

227/17 – 227/21

227/23 – 228/2

## DESIGNATIONS OF WILLIAM BOLLES (5/13/2009), CONT.

289/11 – 290/1

318/3 – 318/24

320/2 – 320/7

322/16 – 322/21

330/1 – 330/12

## DESIGNATIONS OF WILLIAM BOLLES (9/9-10/2008)

27/4 – 27/23

38/23 – 38/25

39/8 – 40/8

44/5 – 44/22

59/10 – 59/11

59/21 – 59/23

61/2 – 62/8

62/16 – 64/16

65/5 – 65/17

69/8 – 70/9

70/14 – 71/1

75/6 – 76/17

80/8 – 81/1

85/10 – 86/18

91/18 – 91/22

92/7 – 94/19

97/10 – 98/23

104/3 – 105/2

105/19 – 107/13

107/21 – 109/7

115/4 – 115/8

117/9 – 118/2

127/24 – 128/23

147/3 – 148/6

<u>DESIGNATIONS OF WILLIAM BOLLES (9/9-10/2008), CONT.</u>

164/16 – 164/19

165/2 – 165/15

172/16 – 174/6

175/3 – 175/12

181/19 – 182/3

191/12 – 191/16

193/3 – 194/2

210/4 – 210/9

224/5 – 225/1

226/19 – 227/1

231/25 – 233/6

272/23 – 273/17

278/8 – 278/16

281/2 – 281/17

291/1 – 291/20

293/1 – 294/25

295/3 – 295/7

310/11 – 311/15

379/24 – 380/15

423/14 – 423/18

429/16 – 430/18

436/1 – 437/3

494/17 – 496/4

500/20 – 500/22

## DESIGNATIONS OF LEE BROWER

40/25 – 41/9

41/25 – 42/6

46/11 – 46/18

64/12 – 64/17

66/1 – 66/4

73/3 – 74/17

81/1 – 82/9

86/14 – 86/23

93/10 – 93/23

112/5 – 112/16

214/3 – 214/10

233/12 – 234/7

235/22 – 236/6

236/23 – 238/11

273/11 – 274/7

## DESIGNATIONS OF BYRON DYSON

14/10 – 14/12

29/10 – 29/21

36/1 – 36/16

40/1 – 41/13

105/2 – 105/7

111/20 – 112/9

392/10 – 392/18

395/13 – 395/15

395/19 – 395/21

420/7 – 420/15

422/11 – 422/13

422/17 – 423/18

425/18 – 425/25

426/16 – 426/17

428/5 – 428/17

## DESIGNATIONS FOR KATHRYN D'ANN EAKIN

7/4 – 7/7

9/5 – 12/1

14/12 – 17/1

21/7 – 21/21

53/21 – 57/19

81/9 – 82/17

<u>DESIGNATIONS FOR TONY FERGUSON (6/23/2006)</u>

7/3 – 7/5

11/4 – 11/7

11/16 – 11/21

12/12 – 12/15

13/5 – 13/13

15/23 – 16/5

17/16 – 17/21

20/4 – 20/22

28/11 – 28/21

29/8 – 29/18

31/3 – 31/25

32/11 – 32/12

32/17 – 33/5

43/17 – 44/5

54/7 – 54/22

60/25 – 61/8

61/11 – 61/17

68/8 – 68/12

71/4 – 71/17

71/21 – 72/3

98/11 – 98/23

98/25- 99/9

118/25 – 120/16

130/2 – 130/11

<u>DESIGNATIONS FOR TONY FERGUSON (6/23/2006), CONT.</u>

136/19 – 137/9

154/20 – 155/6

## DESIGNATIONS FOR TONY FERGUSON (5/30/2007)

15/6 – 15/7

15/9 – 15/13

55/5 – 55/15

58/14 – 58/23

59/20 – 60/2

61/16 – 62/8

63/18 – 64/9

65/10 – 65/15

67/2 – 67/6

70/10 – 70/15

DESIGNATIONS FOR JON FRESTON

27/10 – 27/14

29/17 – 30/9

31/14 – 32/2

34/15 – 35/17

35/22 – 35/25

39/7 – 41/4

42/17 – 44/9

46/6 – 46/11

47/13 – 48/4

50/1 – 50/6

50/25 – 51/15

52/10 – 52/13

52/19 – 52/25

53/16 – 54/6

54/15 – 54/19

54/24 – 55/5

55/21 – 56/17

56/25 – 57/15

58/7 – 58/9

62/12 – 63/6

63/10 – 63/22

69/6 – 69/12

73/3 – 73/5

74/3 – 75/1

<u>DESIGNATIONS FOR JON FRESTON, CONT.</u>

75/11 – 77/1

77/19 – 79/12

79/24 – 80/4

88/2 – 88/14

90/13 – 91/6

92/2 – 94/24

96/10 – 96/23

97/18 – 98/20

102/7 – 103/8

121/21 – 122/10

133/22 – 134/11

135/22 – 137/3

155/5 – 156/16

170/6 – 170/21

175/25 – 177/5

## <u>DESIGNATIONS FOR MICHAEL GERLICH</u>

9/15 – 9/24

11/16 – 12/12

12/17 – 13/5

27/11 – 27/19

56/2 – 56/7

58/16 – 58/21

58/23 – 59/22

60/2 – 60/4

79/2 – 79/9

84/5 – 84/6

103/2 – 103/12

104/25 – 105/14

128/22 – 129/14

148/2 – 148/3

148/11 – 148/17

## DESIGNATIONS FOR DANNY HENDRIX

10/17 -11/15

37/16 – 46/24

50/18 – 52/1

59/24 – 63/19

66/6 – 69/20

74/15 – 75/19

89/16 – 90/12

104/7 – 104/25

108/12- 109/9

117/8 – 124/20

131/15 – 138/11

139/25 – 140/18

140/21 – 141/2

141/9 – 142/4

160/25 – 161/10

169/2 – 172/2

177/23 – 179/14

185/25 – 186/1

186/6 – 186/20

187/24 – 188/8

188/14 – 189/2

190/3 – 190/10

<u>DESIGNATIONS FOR GEORGE HOFMEISTER</u>

7/13 – 7/15

10/19 – 98/21

## DESIGNATIONS OF JUSTIN JONES

12/2 – 12/9

13/25 – 14/2

19/24 – 20/16

## DESIGNATIONS FOR ROBERT KEYS

29/6 – 30/5

30/20 – 31/3

31/8 – 32/5

40/23 – 43/8

46/4 – 46/22

51/24 – 52/12

56/23 – 56/25

55/3 – 55/6

55/21 – 55/22

57/1 – 57/14

59/12 – 60/5

60/25 – 61/12

79/16 – 79/24

80/7 – 80/11

80/13 - 81/1

85/16 – 85/23

86/7 – 86/10

87/1 – 88/8

97/19

97/22

109/21 – 109/25

113/19

139/21 – 139/23

180/22 – 180/24

## DESIGNATIONS FOR ROBERT KEYS, CONT.

182/9 – 182/10

251/4 – 251/8

310/12 – 311/17

314/1 – 314/2

316/24 – 317/25

## DESIGNATIONS FOR MICHAEL KING

18/13 – 18/15

19/13 – 19/19

20/11 – 21/2

28/1 – 28/12

## DESIGNATIONS FOR JOHN KNOWLES

39/2 – 39/5

199/14 – 199/24

200/5 – 200/13

206/18 – 207/9

<u>DESIGNATIONS FOR STEVEN LOVEGREN</u>

6/22 – 6/25

7/23 – 8/20

10/18 – 31/10

31/16 – 33/3

33/9 – 34/1

34/9 – 36/2

36/11 – 41/12

41/19 – 42/23

45/7 – 47/1

47/12 – 49/19

60/1 – 61/15

## <u>DESIGNATIONS FOR MINDI MORISHITA</u>

17/22 – 17/23

19/6 – 19/8

21/15 – 21/22

22/23 – 23/2

29/4 – 30/2

32/19 – 33/24

34/3 – 34/13

37/21 – 38/3

43/12 – 44/12

49/3 – 49/17

49/22 – 50/5

53/1 – 53/25

58/4 – 60/22

65/5 – 65/16

67/5 – 67/6

67/9 – 70/14

70/16 – 70/17

70/20 – 70/25

71/4 – 71/18

## DESIGNATIONS FOR TOBY NORTON

24/9 – 24/18

63/6 – 63-10

63/15 -64/1

75/18 – 75/23

106/13 – 107/15

117/2 – 117/12

117/14

174/15 – 175/3

196/1 – 196/7

196/16 -197/1

197/10 – 197/13

198/5 – 198/9

200/13 – 200/16

201/22 – 203/8

206/18 – 207/17

208/3 – 209/8

209/17 – 209/21

216/8 – 217/9

217/18 – 218/11

227/18 – 228/9

228/12 – 228/15

228/17 – 228/23

229/15 – 230/1

230/10 – 230/15

## DESIGNATIONS FOR TOBY NORTON

230/23

231/6 – 232/2

233/10 – 233/16

233/19 – 234/8

236/10 – 237/15

240/1 – 240/4

240/8 – 240/18

241/13

241/24 – 242/25

## DESIGNATIONS FOR SCOTT PLUMMER

26/21 – 27/14

29/6 – 29/13

70/1 – 70/7

72/18 – 73/1

138/10 – 138/20

182/13 – 182/19

182/22 – 183/4

195/21 – 196/1

196/22 -197/11

197/23 – 199/2

199/8 -201/16

215/9 – 215/16

218/5 - 219/23

## DESIGNATIONS FOR SHANE PLUMMER

9/24 – 10/5

13/1 – 13/7

16/11 – 16/14

21/9 – 21/18

31/25 – 32/1

61/2 – 61/4

63/10 -63/20

76/3 – 76/9

87/6 -87/15

112/20 – 112/22

215/13 – 216/25

218/9 – 218/21

227/19 – 228/23

232/6

232/20 – 234/18

236/6 – 239/16

240/10 – 241/2

241/10 – 241/23

242/6 – 243/13

243/22 – 244/15

246/21 – 247/18

249/8 – 250/13

260/16 – 261/3

261/19 – 262/4

<u>DESIGNATIONS FOR SHANE PLUMMER, CONT.</u>

262/22 – 263/17

279/3 – 280/7

281/15 – 281/23

282/16 – 283/1

287/6 – 288/5

310/1 – 310/8

310/19 – 310/23

311/11 – 311/24

312/21 – 313/16

315/5 – 317/2

317/20 – 317/23

318/7 – 318/18

319/8 – 319/21

320/9 – 321/3

321/7 – 321/10

321/24 – 322/19

323/8 – 323/20

338/4 – 343/6

344/8 – 347/25

357/8 – 357/22

358/14 – 358/25

373/10 -373/11

412/25 -413/1

414/16 -415/2

<u>DESIGNATIONS FOR SHANE PLUMMER, CONT.</u>

419/1 – 420/20

424/5 – 425/14

434/1 – 434/8

434/19

436/1 – 437/19

441/23 – 442/24

## DESIGNATIONS FOR SPENCER DAVID PLUMMER

9/18 – 10/3

24/9

26/7 – 26/9

26/12

## DESIGNATIONS OF JAMES R. PORTER

26/3 – 26/14

43/10 – 43/18

43/21

44/1 – 44/10

61/8 – 61/11

61/19 – 61/24

62/4 – 62/7

63/9 – 64/14

68/6 – 68/25

69/2 – 69/4

69/8 -69/17

69/20 – 69/25

70/2 – 70/9

93/25 – 95/7

95/10 – 95/25

96/2 – 96/9

96/13 – 96/15

96/17 – 96/19

101/11 – 101/16

105/2 – 105/7

105/9 – 105/10

154/17 – 154/25

155/2 – 155/13

155/16 – 155/24

## DESIGNATIONS OF JAMES R. PORTER, CONT.

161/18 – 161/25

162/2 – 162/6

163/22 – 163/25

164/2 – 164/10

164/12 – 164/13

164/17 – 164/20

182/3 – 182/10

182/15 – 182/25

183/2 – 183/25

184/2 – 184/4

270/4 – 270/18

294/20 – 294/22

295/2 – 295/4

## DESIGNATIONS FOR PATRICK RILEY

9/7 – 9/15

22/21 – 28/22

47/12 – 50/7

65/3 – 69/10

71/11 – 72/14

77/1 – 82/19

83/9 – 84/9

86/10 – 97/5

## DESIGNATIONS FOR CAROL SHRIVES

12/16 – 12/20

23/2 – 23/13

25/18 – 25/25

27/21 – 27/24

28/8 – 29/5

32/11 – 32/21

107/7 – 107/8

107/13 – 111/22

119/5 – 119/9

120/1 – 120/5

164/21

## DESIGNATIONS FOR GARY THOMSON

11/6 – 11/9

20/15 – 20/16

20/22 -20/24

22/15 – 22/20

23/13 – 23/15

23/20 – 24/2

26/6 – 26/9

26/14 – 26/19

30/7 – 30/14

36/21 -37/11

37/25 – 38/14

147/10

162/21 -162/22

162/25 – 163/1

163/4 – 163/12

163/14 – 165/22

170/17 – 170/22

171/10 – 171/17

172/9 – 172/12

173/22 – 174/16

174/19 – 175/7

178/11 – 178/19

183/22 – 184/3

184/15 – 185/6

## <u>DESIGNATIONS FOR GARY THOMSON, CONT.</u>

185/24 – 186/17

186/22 – 187/2

191/16 – 192/7

192/20 -193/13

194/8 – 194/11

## DESIGNATIONS FOR CHAD VANDERLINDEN

23/6 – 23/15

50/12 – 50/21

51/20

52/1 – 52/6

56/12 – 56/25

57/3 – 57/6

57/9

57/11 -57/12

57/14 – 57/23

58/6 -58/10

59/23 – 60/11

60/18 – 60/24

61/5 – 61/9

87/22

88/1 – 88/2

90/19 – 91/8

91/18 – 92/20

99/6 – 100/7

100/12 – 100/18

104/12 – 105/10

106/1 – 106/21

108/20 – 109/11

110/10 – 110/16

111/15 – 111/22

## DESIGNATIONS FOR CHAD VANDERLINDEN, CONT.

117/5 – 117/9

121/1 – 121/6

121/8 – 121/14

121/18 -122/6

122/18 – 123/22

124/15 – 125/11

125/19 – 125/21

126/3 – 126/16

127/3 – 127/12

133/23 – 123/25

134/7 – 134/9

134/13 – 134/16

138/8 – 138/23

139/17 – 140/5

140/10 – 141/22

142/1

143/3 – 143/7

144/25 – 145/7

145/23 – 146/9

146/22 – 146/25

150/18 – 151/4

159/15 – 160/15

Respectfully submitted,


 /s/  Brian M. Johnson
David A. Owen
Brian M. Johnson
Matthew A. Stinnett
Jason T. Ams
Greenebaum Doll & McDonald PLLC
300 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone:  (859) 231-8500
Facsimile:  (859) 255-2742

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document through the CM/ECF system on August 12, 2011, which will send a notice of electronic filing to the following counsel of record:

- **Simona Alessandra Agnolucci**
  sagnolucci@howardrice.com
- **Jason Trent Ams**
  jta@gdm.com,ckw@gdm.com
- **Timothy S. Arnold**
  timarn@bkf-law.com,termie@bkf-law.com
- **Mark Bradley Blackburn**
  mblackburn@erskine-blackburn.com
- **Jayson E. Blake**
  jeb@millerlawpc.com,cbc@millerlawpc.com,sed@millerlawpc.com,jns@millerlawpc.com,asl@millerlawpc.com
- **Jennifer Julie Cave**
  jca2@gdm.com,mlw@gdm.com,ckw@gdm.com
- **David Z. Chesnoff**
  dzchesnoff@cslawoffice.net
- **Neal D. Colton**
  ncolton@cozen.com
- **Emily H. Cowles**
  ehc@morganandpottinger.com
- **Jason W. Crowell**
  jwcrowell@stoel.com,docketclerk@stoel.com
- **Stephen J. Defeo**
  sdefeo@brownconnery.com
- **Nathan Ray Denney**
  ndenney@cnmlaw.com
- **Phillip B. Dye , Jr**
  pdye@velaw.com,shuyck@velaw.com
- **Dennis K. Egan**
  degan@kotzsangster.com
- **Blake C. Erskine , Jr**
  berskine@erskine-blackburn.com,dmarlin@erskine-blackburn.com,vflores@erskine-blackburn.com
- **Angela S. Fetcher**
  angela.fetcher@skofirm.com
- **Steven C. Forman**
  scformanlaw@comcast.net
- **Earl M. Forte**
  forte@blankrome.com
- **Eric D. Freed**
  efreed@cozen.com,ncolton@cozen.com,mmerola@cozen.com

- **Joseph M. Garemore**
  jgaremore@brownconnery.com
- **Michael Joseph Gartland**
  mgartland@dlgfirm.com,dlgecfs@gmail.com,dlgecf@dlgfirm.com
- **James Douglas Gilson**
  jgilson@cnmlaw.com
- **Lea Pauley Goff**
  lea.goff@skofirm.com,ginger.whitehouse@skofirm.com
- **Jonathan Scott Goldman**
  goldman-js@blankrome.com
- **Ronald L. Green**
  rgreen@greenandchesnut.com,dhobson@greenandchesnut.com
- **Norman E. Greenspan**
  greenspan@blankrome.com
- **Stephen E. Gross**
  gross-s@blankrome.com
- **Culver V. Halliday**
  culver.halliday@skofirm.com
- **John W. Hays**
  jwhays@jacksonkelly.com,tslangham@jacksonkelly.com
- **Nancy L. Hendrickson**
  nancy@hendricksonlawfirm.com
- **George Edward Henry , II**
  geh@hwgsg.com
- **Robin Luce Herrmann**
  luce-herrmann@butzel.com
- **Barry D. Hunter**
  bhunter@fbtlaw.com,jbowman@fbtlaw.com,kmelloan@fbtlaw.com,ahorger@fbtlaw.com,plobel@fbtlaw.com
- **Richard J. Idell**
  richard.idell@idellseitel.com,courts@idellseitel.com
- **John G. Irvin , Jr**
  jirvin@ksattorneys.com
- **Brent E. Johnson**
  bjohnson@hollandhart.com
- **Brian M. Johnson**
  bmj@gdm.com,ejk@gdm.com,ckw@gdm.com,jom@gdm.com
- **Terry E Johnson**
  tjohnson@pjmlaw.com
- **Jonathan F. Jorissen**
  jorissen@butzel.com
- **Jeremy T. Kamras**
  jkamras@howardrice.com,nprince@howardrice.com,jcaruso@howardrice.com
- **Benjamin Samuel Klehr**
  bklehr@cozen.com

- **George J. Krueger**
  krueger@blankrome.com
- **Matthew L. Lalli**
  mlalli@swlaw.com
- **Janet Knauss Larsen**
  larja@fosterpdx.com,decks@fosterpdx.com
- **Matthew R. Lindblom**
  matthew.lindblom@skofirm.com
- **John E. Lucian**
  lucian@blankrome.com
- **Kara Read Marino**
  kmarino@hwgsg.com
- **Romaine C. Marshall**
  rcmarshall@hollandhart.com,lcpaul@hollandhart.com,slclitdocket@hollandhart.com,inta
  keteam@hollandhart.com
- **Steven M. McCauley**
  smccauley@mis.net
- **Taft A. McKinstry**
  federaldistricteky@fowlerlaw.com,fmbfederaldistrict@gmail.com
- **Charles C. Mihalek**
  cmihalek@mis.net
- **Alisa E. Moen**
  moen@blankrome.com,berry@blankrome.com
- **John O'Neill Morgan , Jr**
  court@johnomorganjr.com,john@johnomorganjr.com,johnmorga@gmail.com
- **Marc L. Newman**
  mln@millerlawpc.com
- **Elizabeth E. Nicholas**
  eenicholas@jacksonkelly.com
- **Medrith Lee Norman**
  mnorman@fbtlaw.com,plobel@fbtlaw.com
- **Kenneth Bradley Oakley**
  kboakley@jacksonkelly.com
- **David Andrew Owen**
  dao@gdm.com,ejk@gdm.com,ckw@gdm.com,abc@gdm.com,jom@gdm.com
- **Pamela Dae Perlman**
  pdperlman@hotmail.com
- **Jason M. Powers**
  jpowers@velaw.com
- **C. Randall Raine**
  crr@hwgsg.com
- **Elizabeth Juliana Rest**
  elizabeth.rest@idellseitel.com,erest@idellseitel.com
- **Douglas S. Robson**
  douglas.robson@btlaw.com

- **Catherine L. Sakach**
  csakach@duanemorris.com
- **Ory Sandel**
  ory.sandel@idellseitel.com
- **Richard A. Schonfeld**
  rreyes@cslawoffice.net
- **David W. Scofield**
  dws@psplawyers.com
- **Gilbert Ross Serota**
  gserota@howardrice.com
- **J. Ronald Sim**
  jrsim@stoel.com,sea_docket@stoel.com,gshong@stoel.com,ldlomax@stoel.com
- **Jeffrey Alan Springer**
  jspringer@springersteinberg.com,zjobe@springersteinberg.com
- **Matthew A. Stinnett**
  mas2@gdm.com,ckw@gdm.com
- **James T. Strawley**
  strawley@blankrome.com
- **Paul E. Sullivan**
  psullivan@fbtlaw.com
- **David P. Thatcher**
  david.thatcher@ogletreedeakins.com,kristy.burroughs@ogletreedeakins.com
- **Steven J. Thayer**
  sthayer@handlerthayer.com
- **James D. Thompson , III**
  jthompson@velaw.com
- **Kyle C. Thompson**
  kthompson@sywlaw.com,ksedell@sywlaw.com
- **Amanda Lee Tomlin**
  atomlin@bsglex.com
- **Ahndrea R Van Den Elzen**
  arv@pjmlaw.com
- **Robert C. Webb**
  bwebb@fbtlaw.com,jdodson@fbtlaw.com,chahn@fbtlaw.com
- **Mickey T. Webster**
  mwebster@wyattfirm.com,smcintyre@wyattfirm.com,jross@wyattfirm.com
- **Jana M. Smoot White**
  federaldistricteky@fowlerlaw.com,fmbfederaldistrict@gmail.com
- **T. Scott White**
  tsw@morganandpottinger.com
- **Kenneth W. Yeates**
  kyeates@sywlaw.com,ksedell@sywlaw.com

/s/ Brian M. Johnson
_____
COUNSEL FOR DEFENDANTS

4298522_4.doc