```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) | MDL No. 1877 |
| and | ) ) | Master File: Civil Action No. 07-353-JMH |
| WEST HILLS FARMS, LLC, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CLASSICSTAR, LLC, *et al.*, | ) ) | Civil Action No. 06-243-JMH |
| Defendants. | ) | **JUDGMENT** |

**\*\*\* \*\*\* \*\*\***

In accordance with the Court's Memorandum Opinion and Order of September 30, 2011 [DE 757], and the Plaintiffs' consent to dismiss with prejudice all claims except those contained in Counts I, II, and IV of their Fourth Amended Complaint [DE 741] **IT IS ORDERED**:

(1) that judgment is entered in favor of Plaintiffs as against Defendants Tony Ferguson, Thom Robinson, John Parrott, David Plummer, Spencer Plummer, ClassicStar 2004, LLC, ClassicStar Farms, Inc., and GeoStar Corporation, on Counts I, II, and IV of the Fourth Amended Complaint;

(2) that Defendants Tony Ferguson, Thom Robinson, John Parrott, David Plummer, Spencer Plummer, ClassicStar 2004, LLC, ClassicStar Farms, Inc., and GeoStar Corporation are liable, jointly and severally, to Plaintiffs for damages in the amount of **$48,405,811.61**;

(3) that Defendants Tony Ferguson, Thom Robinson, John Parrott, David Plummer, Spencer Plummer, ClassicStar 2004, LLC, ClassicStar Farms, Inc., and GeoStar Corporation are liable, jointly and severally, to Plaintiffs for prejudgment interest in the amount of **$15,636,273.00**;

(4) that all remaining claims set forth in the Fourth Amended Complaint are **DISMISSED WITH PREJUDICE**;

(5) that the Court reserves the issue of the amount of attorney fees and costs to be awarded to Plaintiffs for future determination;

(6) that this is a **FINAL** and **APPEALABLE** order and that there is **NO JUST CAUSE TO DELAY** in its execution.

This the 11th day of October, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge