UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

|   |   |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL NO. 1877

MASTER FILE
CIVIL ACTION NO. 5:07-CV-353-JMH

5:06-CV-00243-JMH    WEST HILLS FARMS

### MR. PARROTT'S MOTION TO ALTER OR AMEND THE COURT'S JUDGMENT

Defendant John W. Parrott ("Mr. Parrott"), by counsel, moves the Court, pursuant to Federal Rule of Civil Procedure 59(e), to alter or amend the Judgment dated October 11, 2011 and the Amended Judgment dated November 8, 2011 for the reasons given by Defendants GeoStar Corporation, Tony Ferguson, Thomas Robinson ("GeoStar Defendants") in the motion they filed on November 8, 2011 to alter or amend the Court's Judgment and Amended Judgment (DE 2352). Mr. Parrott fully adopts the arguments made by the GeoStar Defendants in their motion, memorandum in support and proposed Amended Judgment.

A proposed order granting this motion is tendered.

        Respectfully Submitted,

        /s/ Culver V. Halliday_____
        Lea Pauley Goff
        Culver V. Halliday
        Angela S. Fetcher
        Stoll Keenon Ogden PLLC
        2000 PNC Plaza
        500 West Jefferson Street
        Louisville, Kentucky  40202
        Telephone: (502) 333-6000
        Facsimile: (502) 333-6099

        Attorneys for Defendant
        John W. Parrott

November 8, 2011

## **CERTIFICATE OF SERVICE**

      I certify that, on November 8, 2011, I served Mr. Parrott's Motion to Alter or Amend the Court's Judgment and [Proposed] Order Granting Mr. Parrott's Motion to Alter or Amend the Court's Judgment, by delivering copies (1) electronically through the Court's CM/ECF system to those parties and representatives of parties required to be served registered to use the Court's CM/ECF system, and (2) by United States mail, first class postage prepaid, to the following parties and representatives of parties not registered to use the Court's CM/ECF system:

| | |
|---|---|
| Elizabeth Holt<br>7200 S. Alton Way<br>Suite A-190<br>Centennial, Colorado 80112 | Robert Holt<br>7200 S. Alton Way<br>Suite A-190<br>Centennial, Colorado 80112 |
| National Equine Lending Company, LLC<br>New NEL, LLC<br>c/o Terry Green<br>563 W 500 S<br>Suite 230<br>Bountiful, Utah 84010 | Gary L. Thornhill<br>2880 Lakeside Dr<br>Suite 112<br>Santa Clara, California 95054 |
| Thomas Williams<br>90 Baker Lane<br>Erie, Colorado 80516-9064 | S. David Plummer<br>1790 FM 2871<br>Fort Worth, Texas 76126 |

Strategic Opportunity Solutions, LLC
1790 FM 2871
Fort Worth, TX 76126

Zeus Investments, LLC
908 S. Signal Hill
Fruit Heights, UT 84037

Jeffrey M. Heftman
Gozdecki, Del Guidice, Americus & Farkas LLP
One E Wacker Dr
Suite 1700
Chicago, IL 60601

Richard A. Del Giudice
Gozdecki, Del Guidice, Americus & Farkas LLP
One E Wacker Dr
Suite 1700
Chicago, IL 60601

Thomas Williams
90 Baker Lane
Erie, CO 80516-9064

Spencer D. Plummer III
908 S. Signal Hill
Fruit Heights, UT 84037

Viking Real Estate, L.C.
1790 FM 2871
Fort Worth, TX 76126

Debora D. Plummer
1790 FM 2871
Fort Worth, TX 76126

Jennifer Stahle
1982 S. Lake Ridge Dr
Kaysville, UT 84037

Shane D. Plummer
1790 FM 2871
Fort Worth, TX 76126

Crown Jewels Limited Partnership
1790 FM 2871
Fort Worth, TX 76126

/s/ Culver V. Halliday_____
Attorney for Defendant
John W. Parrott

113271.136467/770632.1

3