```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
 2                          LEXINGTON DIVISION

 3   IN RE CLASSICSTAR MARE LEASE   . Docket No. MDL 1877
                                    .
 4        Plaintiff,                . Master File No. 07-353
                                    .
 5                                  . Case Action No. 06-243
                                    .                 07-419
 6                                  . Lexington, Kentucky
                                    . August 15, 2011
 7        v.                        . 1:34 p.m.
                                    .
 8   WEST HILLS FARMS, LLC, ET AL.,.
        LYON, TRUSTEE,              .
 9                                  .
           Defendants.               .
10   . . . . . . . . . . . . . . . .

11                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JOSEPH M. HOOD
12                 UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Plaintiff:     Messrs. Barry D. Hunter and
     West Hills                Mr. Robert C. Webb and
15                             Ms. Medrith Lee Norman
                            Frost Brown Todd LLC
16                          250 West Main Street, Suite 2700
                            Lexington, KY 40507-1749
17
     James D. Lyon          Mr. John O'Neill Morgan, Jr.
18                          Blank Rome, LLP - Philadelphia
                            130 N. 18th Street
19                          One Logan Square
                            Philadelphia, PA 19103-6998
20
     Errol Skinner/         Mr. Michael Oliver Eckard
21      Hacker              Ogletree, Deakins, Nash, Smoak &
                               Stewart - Atlanta
22                          191 Peachtree Street, NE
                            One Ninety One Peachtree Tower
23                          Atlanta, GA 30303

24

25
```

```
 1  APPEARANCES (Continued):

 2  For the Defendants:    Mr. Brian M. Johnson
    Tony P. Ferguson       Greenebaum, Doll & McDonald,
 3  Thomas E. Robinson        PLLC - Lexington
    Geostar                300 West Vine Street
 4                         Suite 1100
                           Lexington, KY 40507
 5
    John W. Parrott        Mr. Culver V. Halliday
 6                         Stoll, Keenon & Ogden, PLLC -
                              Louisville
 7                         500 W. Jefferson Street
                           2000 PNC Plaza
 8                         Louisville, KY 40202-2874

 9  Court Reporter:        K. Ann Banta, RPR, CRR
                           101 Barr
10                         Lexington, KY 40507
                           (502) 545-1090
11
    Proceedings recorded by mechanical stenography,
12  transcript produced by computer-aided transcription.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Monday afternoon session,
 2                    August 15, 2011, 1:34 p.m.
 3                         - - -
 4         THE COURT:  Good afternoon.
 5         MR. HUNTER:  Good afternoon, Judge.
 6         THE COURT:  Madam Clerk, call the matter on,
 7 please.
 8         THE CLERK:  Yes, Your Honor, Lexington civil
 9 06-243, West Hills Farms, et al., v. ClassicStar
10 Farms, et al. and Lexington 07-419, Errol Skinner, et
11 al., v. S. David Plummer, et al., called for pretrial
12 conference.
13         THE COURT:  Thank you.  For the purposes of
14 the record, please state your appearances.
15         MR. HUNTER:  Barry Hunter, with me are my
16 partners, Lee Norman and Bob Webb, on behalf of the
17 West Hills plaintiffs.
18         THE COURT:  Where is Mr. Sullivan?
19         MR. HUNTER:  I don't know, I have seen him
20 around.
21         THE COURT:  But he is listed here.
22         MR. HUNTER:  Is he?
23         THE COURT:  Huh?
24         MR. HUNTER:  Well, we can decide -- I didn't
25 even know he was on electronic filing.  We'll do
```

```
 1  something about this.
 2            THE COURT:  We don't expect anything out of
 3  him?
 4            MR. HUNTER:  No, we don't.
 5            THE COURT:  I didn't expect much out of him
 6  to begin with.  You can tell him I said that.  Thank
 7  you.
 8            MR. ECKARD:  Good afternoon, Your Honor, my
 9  name's Michael Eckard with Ogletree, Deacon's law
10  firm, and I am here on behalf of the plaintiff Skinner
11  and plaintiff Hacker.
12            THE COURT:  Okay, let me -- that's on another
13  page.  Okay.
14            MR. JOHNSON:  Your Honor, Brian Johnson for
15  defendants Geostar Corporation, Ferguson and Robinson.
16            THE COURT:  Mr. Johnson, where is Mr. Owen?
17            MR. JOHNSON:  I believe he had another
18  engagement, but I am not sure what it was to be honest
19  with you.
20            THE COURT:  He just didn't want to come?
21            MR. JOHNSON:  I can't imagine why he didn't
22  want to come to this.
23            THE COURT:  You can tell him I understand
24  completely why he didn't want to come to this.
25            I didn't particularly want to come either,
```

```
 1  but Mary Ann told me I had to.
 2              MR. JOHNSON:  That's what she told me, too.
 3              MR. HALLIDAY:  Your Honor, good afternoon,
 4  Culver Halliday, Stoll, Keenon, Ogden with the
 5  defendant, John W. Parrott.
 6              THE COURT:  Mr. Halliday?
 7              MR. MORGAN:  Your Honor, John Morgan.  You've
 8  let us out, but we have still got some loose ends, so
 9  we thought we would show up.
10              I am appearing on behalf of Jim Lyon, and
11  Mr. Lyon's here with me.
12              MR. LYON:  Good afternoon, Your Honor.
13              THE COURT:  Good afternoon.  I don't know why
14  anybody would want to be here.
15              Let me ask, before we start, has there been
16  -- Mr. Morgan, has there been a settlement on the
17  Skinner matter as well or is there any --
18              MR. MORGAN:  No, Your Honor.
19              THE COURT:  So the Skinner matter, you are
20  all still involved in that?
21              MR. MORGAN:  That's correct, Your Honor.
22              THE COURT:  Okay.
23              MR. MORGAN:  But perhaps we will have one
24  before the trial starts, Your Honor.
25              THE COURT:  Well, perhaps it would be a good
```

```
 1  thing if you all got one this afternoon.
 2          MR. ECKARD:  Your Honor, I don't -- I don't
 3  know where those -- where those negotiations stand.
 4  My understanding is we are preparing for trial.
 5          THE COURT:  Well, I'd get really serious
 6  about talking to Mr. Morgan --
 7          MR. MORGAN:  Thank you, Your Honor.
 8          THE COURT:  -- whether you are ready to go to
 9  trial or not.
10          I think it's a good thing to go talk to
11  Mr. Morgan.
12          MR. ECKARD:  Certainly.
13          THE COURT:  Okay, now, a few announcements.
14  Pending in the West Hills Farm case are two motions to
15  dismiss.
16          The good news, Mr. Johnson, is that you have
17  won some relief for a couple of folks.
18          I am going to dismiss plaintiffs' claims that
19  defendants Parrott and Robinson can be liable on a
20  theory of negligent misrepresentation for statements
21  made by others because you cannot conspire to do
22  something where intent is not an element.  So you win
23  there.
24          MR. JOHNSON:  Thank you, Your Honor.
25          THE COURT:  With that said, in the words of
```

```
 1  James Lyons of Greenup County, the other James Lyons
 2  of Greenup County, woo-woos, that decision will be
 3  forthcoming.
 4           As to the Plummers today, it's being edited
 5  as we speak.
 6           As for the plaintiff Plummers' motion to
 7  dismiss, it will be denied.
 8           The written opinion, like I said, will be
 9  forthcoming, hopefully this afternoon.
10           Also pending in the West Hills case is
11  plaintiffs' motion for partial summary judgment.
12           Simply put, it's granted in its entirety.  My
13  opinion is in draft stage and is being edited as we
14  speak.
15           Finally, as to the Skinner case, the Geostar
16  defendants and the Plummer defendants' motions to
17  dismiss are denied.  My written opinion will be coming
18  out shortly.
19           Now, I have a question.  Mr. Hunter --
20           MR. HUNTER:  Yes, sir.
21           THE COURT:  -- do you need a few minutes to
22  determine whether you even want to go to trial on the
23  remaining issues not addressed in your partial motion
24  for summary judgment, or are you willing to dismiss
25  those without prejudice or with prejudice?
```

```
 1              MR. HUNTER:  Your Honor --
 2              THE COURT:  With prong --
 3              MR. HUNTER:  Give me a minute anyway because
 4   it's obviously I think a bit thin.
 5              I think we are inclined to dismiss without
 6   prejudice but --
 7              THE COURT:  Not without prejudice, with
 8   prejudice.
 9              MR. HUNTER:  Well, okay, we can do that, too,
10   but let me --
11              THE COURT:  Yeah, absolutely, we are going to
12   dismiss them with prejudice.
13              MR. HUNTER:  You -- as I recall it was a
14   motion for summary judgment, not partial.
15              Are you just saying we didn't move on all the
16   counts?
17              THE COURT:  You didn't move on all the
18   counts.
19              MR. HUNTER:  Well, let me just confer
20   quickly, but I think we are --
21              THE COURT:  Okay, we will take a recess.  Ten
22   minutes, until about twenty until 2:00.
23              (Recess taken from 1:40 until 1:50 p.m.)
24              (After recess.)
25              THE COURT:  Mr. Hunter?
```

```
 1            MR. HUNTER:  Yes, sir, Your Honor, as -- my
 2 understanding is that we have a RICO count against all
 3 defendants, a fraud count against all defendants, a
 4 breach of contract count against ClassicStar, Geostar,
 5 Ferguson, Robinson and Parrott as well as
 6 ClassicStar.
 7            We have a claim on theme against Geostar and
 8 GEI.
 9            THE COURT:  Claim on what?
10            MR. HUNTER:  We have a claim on this theme,
11 private place of memorandum --
12            THE COURT:  Oh.
13            MR. HUNTER:  -- against Geostar, and GEI, we
14 already have a judgment against theme.
15            And we have a claim on Geostar Financial
16 Services Corporation, note against Geostar and Geostar
17 Financial Services Corp.
18            With that summary judgment, we can dismiss
19 the remainder of the claims with prejudice.
20            The only thing that I think the damages that
21 were in the summary judgment were a year ago.
22            I don't know if Brian is in a position to
23 agree today to bringing those up to date with -- they
24 are reduced by the fact that some monies have been
25 given in other settlements and they are increased by
```

```
 1  interest.
 2             I don't know, Brian, if you are in a position
 3  to agree -- or -- we have different damages
 4  calculations.
 5             The one I am throwing out is the lower of the
 6  ones that we proposed.
 7             THE COURT:  Have you ever heard a successful
 8  plaintiff saying we will take less than we previously
 9  argued?
10             MR. JOHNSON:  No, but Mr. Hunter's special
11  though, so I am not surprised.
12             THE COURT:  Well, this mutual admiration
13  society is scary.
14             MR. JOHNSON:  I don't think I am in a
15  position right at the moment.
16             THE COURT:  I am sure that's the case.
17             MR. JOHNSON:  But I think we can work it out.
18             MR. HUNTER:  And we will reserve our claim on
19  treble damages and attorneys fees.
20             THE COURT:  Yeah.  Okay.  With that, good-
21  bye.
22             MR. HUNTER:  Good-bye, Your Honor, thank
23  you.  Are we excused, really?
24             THE COURT:  Well, Mr. Johnson is still here
25  and Mr. Morgan is still here, but you are excused.
```

```
 1 You don't need to be here.
 2          MR. HUNTER:  Thank you, Your Honor.
 3          MS. NORMAN:  Thank you, Your Honor.
 4          MR. WEBB:  Thank you, Judge.
 5          THE COURT:  Mr. Webb, I was talking to a
 6 nurse out at the VA Hospital the other day and she
 7 said that she knew your family quite well.
 8          I think she was a roommate of Robin's at
 9 Morehead.
10          MR. WEBB:  Yes, sir.
11          THE COURT:  And I said, "Well, I think I am
12 going to see him Monday."
13          And she said to say hello, but I don't
14 remember her name.
15          MR. WEBB:  Well, I appreciate you mentioning
16 that, and it's good to see you.
17          THE COURT:  Pass that on to your sister.
18          MR. WEBB:  I will, thank you.
19          (Mr. Hunter, Ms. Norman and Mr. Webb left the
20 courtroom at this time.)
21          THE COURT:  Okay, how does it feel to be
22 sitting here all by yourself?
23          MR. ECKARD:  Well, I feel like the
24 sacrificial lamb, Your Honor, thrown into the lions'
25 den.
```

```
 1            THE COURT:  I think he is really referring to
 2 Mr. Morgan as the lion, to be perfectly honest.
 3            You heard Mr. Hunter say nice things about
 4 Mr. Johnson.
 5            MR. ECKARD:  Yes, sir.
 6            THE COURT:  Okay, the question we have is
 7 deposition designations, and we have got a hearing set
 8 on that date, if I am not mistaken.
 9            MR. JOHNSON:  That's correct, Your Honor.
10            THE COURT:  Well, that will cut out some of
11 the deposition designations since Mr. Hunter and his
12 merry band have gone off.
13            MR. JOHNSON:  That is also correct.
14            THE COURT:  Now, we also have some motions, a
15 slew, as it said, of motions in limine.
16            None of those require any form of a Daubert
17 hearing; is that correct?
18            MR. JOHNSON:  I don't believe they do, Your
19 Honor, no.
20            THE COURT:  So we can just rule on those.  Do
21 you want to argue them today, or, Mr. -- where is
22 Barry?  Where is Mr. Hunter?
23            MR. ECKARD:  Yes, Your Honor.  As the court
24 might surmise, I was asked to fill in for Mr. Thatcher
25 because of a last minute conflict he had.  So I am
```

```
 1  here --
 2          THE COURT:  So you were riding along on
 3  Mr. Hunter's back like a tic on the back of a yellow
 4  dog, right?
 5          MR. ECKARD:  Well, I have not been in the
 6  case at all until Friday, Your Honor.
 7          But I can't speak for what's happened in the
 8  case prior to that point.
 9          THE COURT:  So what we can -- there has been
10  briefing by -- has the Skinner plaintiffs done any
11  briefing on those issues?
12          MR. ECKARD:  My understanding from
13  Mr. Thatcher, Your Honor, was that our plaintiffs had
14  filed a piggyback motion for summary judgment, so to
15  speak, but opposing counsel --
16          THE COURT:  Yeah, piggyback but -- oh, you
17  have got a piggyback motion for summary judgment?
18          MR. ECKARD:  That was my understanding, but I
19  may be incorrect in that as defense counsel was --
20          THE COURT:  Mr. Johnson?
21          MR. JOHNSON:  I don't believe they did.  I
22  think they joined some of the other motions, but not
23  the motion for summary, as I recall.
24          THE COURT:  Okay.
25          MR. JOHNSON:  And we have checked our docket,
```

```
 1  correct?  And half of them located joined in that
 2  motion.
 3          THE COURT:  Okay, so you are all sitting out
 4  there, you are going to go to trial.  Let's see, when
 5  is the trial date?
 6          MR. ECKARD:  September 7th.
 7          THE COURT:  September 7th, less than a month
 8  away.
 9          And you are sitting there going,
10  "Mr. Thatcher, where are you?"
11          MR. ECKARD:  Yes, sir, I will -- I will have
12  some nice things to say to him when I get back, Judge
13  Hood.
14          THE COURT:  So if you have joined in the
15  motions in limine, Mr. Johnson, can you let -- can you
16  identify those motions in limine for us that no longer
17  have any applicability, given the decision that we
18  will render?
19          MR. JOHNSON:  I think I will be able to if I
20  can have about one minute.
21          THE COURT:  Okay.
22          MR. JOHNSON:  I just need to check our
23  docket --
24          THE COURT:  Okay.
25          MR. JOHNSON:  -- because there were some
```

```
 1 motions that were joined, and others were not, so I
 2 just want to be sure.
 3           THE COURT:  Okay.  All right.
 4           (Mr. Johnson conferring with a gentleman in
 5 the back of the courtroom.)
 6           MR. JOHNSON:  Judge, I am not sure, to be
 7 honest with you.
 8           We brought with us what we thought the
 9 pending motions were.
10           And I know that we had a flurry of briefing
11 at one point, and there were motions to file joined by
12 some of the plaintiffs, but the court's already ruled
13 on them; therefore, they are not showing up in what I
14 have with me today.
15           THE COURT:  Okay, could you -- to simplify
16 this matter, could you identify those motions by say
17 tomorrow afternoon?
18           MR. JOHNSON:  We -- we can do it this
19 afternoon, sure.
20           THE COURT:  Oh, this afternoon?
21           MR. JOHNSON:  Yeah.
22           THE COURT:  Okay, that will be fine, that
23 will help us.
24           If we need to have hearings on them, we can
25 schedule it or maybe pick it up when we do the
```

```
 1 deposition designations.
 2         MR. JOHNSON:  All right.
 3         THE COURT:  How does that sound?
 4         MR. JOHNSON:  That --
 5         THE COURT:  You know when that is, don't you?
 6         MR. ECKARD:  I don't know the date offhand,
 7 Your Honor, but I know we have them.
 8         MR. JOHNSON:  The 24th.
 9         THE COURT:  Has that ever happened to you,
10 Mr. Johnson, where somebody left and --
11         MR. JOHNSON:  It's usually Mr. Owen, so yes.
12         THE COURT:  Okay, well -- and we can take up
13 the objections to exhibit lists at the same time as we
14 do the designations and the motions in limine.
15         Some of those we can look at if you would
16 tell us which ones we have left, sometime, just, you
17 know, send an email to Mary Ann and opposing counsel
18 saying which ones we have left.
19         MR. JOHNSON:  I will.
20         THE COURT:  And if they are fully briefed, we
21 may just go ahead and rule on those before that
22 hearing on the 24th.
23         MR. JOHNSON:  I'll do that, and I need to
24 check the records because I know that, as you know, of
25 course, most of them had to do with expert witnesses.
```

```
 1          And I am not sure that the Skinners retained
 2 any of those witnesses, so some of those may very well
 3 be moot at this point.
 4          THE COURT:  Okay.
 5          MR. JOHNSON:  The others -- I'll -- I'll
 6 check and do what you asked me to do.
 7          THE COURT:  Okay.
 8          MR. JOHNSON:  I guess I should point out if
 9 we are going towards a September 7 trial against
10 Mr. Skinner and Miss Hacker, they filed a joinder of
11 the West Hills jury instructions which do not include
12 the instructions with respect to their own claims.
13          So I think if we are keeping a trial date, we
14 will need some new instructions from them as well.
15          THE COURT:  Well, maybe they don't want any
16 instruction.
17          MR. JOHNSON:  That would be fine by me,
18 Judge.
19          THE COURT:  Usually if you don't want any
20 instructions, you lose.
21          I think the Skinners probably would need to
22 reassess their position, to be perfectly candid.
23          Everything I have seen, it looked like they
24 in fact were riding along on the coattails of
25 Mr. Hunter and his clients for a lot of this and
```

```
 1  thinking he was going to carry the laboring oar at
 2  trial.
 3           Well, unfortunately, the trial -- you are
 4  going to have to carry the laboring oar, or
 5  Mr. Thatcher is.
 6           And that's something that you need to talk
 7  with your clients about and then start talking to
 8  Mr. Morgan and Mr. Johnson and see about how you can
 9  resolve these matters.
10           MR. ECKARD:  Yes, Your Honor, I have no doubt
11  that those discussions will take place.
12           THE COURT:  Okay.  So if you would get --
13  give Mary Ann an email with what's pending, let
14  everybody else know what you are telling her so there
15  won't be any ex parte type thing.
16           Now, Mr. Halliday?  Are you in the -- are you
17  in the Skinner case, too?
18           MR. HALLIDAY:  I am, Your Honor.  I -- our
19  position is the same as Mr. Johnson's clients who we
20  had been associated with.
21           THE COURT:  I think you used to represent
22  them, and there was --
23           MR. HALLIDAY:  Yes, sir.
24           MR. JOHNSON:  That's correct, Your Honor.
25           THE COURT:  And you had to move out of it
```

```
 1  because of potential conflict.
 2          MR. HALLIDAY:  Yes, sir.
 3          MR. JOHNSON:  Also correct.
 4          THE COURT:  Okay, all right.  So we are all
 5  in good shape.  I'll see you on the 24th.
 6          MR. ECKARD:  Thank you, Your Honor.
 7          MR. JOHNSON:  Thank you, Judge.
 8          THE COURT:  Mr. Morgan, get to work.
 9          MR. MORGAN:  Thank you, Your Honor.
10          THE COURT:  Court --
11          MR. MORGAN:  Mr. Johnson also used to
12  represent us, Your Honor, so he is -- he is a common
13  thread.
14          THE COURT:  He used to represent -- he didn't
15  used to represent Mr. Lyons (sic).
16          MR. JOHNSON:  Correct.
17          MR. MORGAN:  No, he represented ClassicStar.
18          THE COURT:  But ClassicStar rolled over on
19  its back and took bankruptcy.  Court will be in recess
20  until court in course.
21          (The further hearing in this matter was
22  concluded at 2:04 p.m.)
23                          - - -
24
25
```

```
 1                      CERTIFICATE
 2          I certify that the foregoing is a correct
 3   transcript from the record of proceedings in the
 4   above-entitled matter.
 5   s/   K. Ann Banta              11-16-11
     K. Ann Banta, RPR, CRR         Date
 6
```