UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) ) | MDL No. 1877 |
| AND | ) ) | **Master File:** Civil Action No.: 5:07-cv-353-JMH |
| WEST HILLS FARMS, LLC, ET AL. | ) ) ) | |
| PLAINTIFFS | ) ) | |
| V. | ) ) | CASE NO.: 06-243-JMH |
| CLASSICSTAR, LLC, ET AL. | ) ) | |
| DEFENDANTS | ) | |

**PLAINTIFFS WEST HILL FARMS, LLC, ARBOR FARMS, LLC, NELSON BREEDERS, LLC, MACDONALD STABLES, LLC AND MONICA AND JASWINDER GROVER'S MOTION FOR INJUNCTIVE RELIEF**

COMES NOW Plaintiffs, West Hill Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC, and Monica and Jaswinder Grover, by counsel, and hereby moves for an entry of injunctive relief against the Defendants, their agents, and potential transferees in accordance with 18 U.S.C. § 1964(a) and Fed. R. Civ. P. 65. A Memorandum in Support of this Motion and a tendered Order are attached.

Respectfully submitted,

/s/ Junis L. Baldon
Paul E. Sullivan
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
Telephone:   (859) 231-0000
Facsimile:   (859) 231-0011

-and-

Robert C. Webb
Junis L. Baldon
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:     (502) 589-5400
Facsimile:     (502) 581-1087

*Attorneys for Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC and Monica and Jaswinder Grover*

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing has been electronically filed on November 30, 2011, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Simona Alessandra Agnolucci**
sagnolucci@howardrice.com
**Jason Trent Ams**
jta@gdm.com,ckw@gdm.com
**Timothy S. Arnold**
timarn@bkf-law.com,termie@bkf-law.com
**Mark Bradley Blackburn**
mblackburn@erskine-blackburn.com
**Jayson E. Blake**
jeb@millerlawpc.com,cbc@millerlawpc.com,sed@millerlawpc.com,jns@millerlawpc.com,asl@millerlawpc.com
**Jennifer Julie Cave**
jca2@gdm.com,mlw@gdm.com,ckw@gdm.com
**David Z. Chesnoff**
dzchesnoff@cslawoffice.net
**Neal D. Colton**
ncolton@cozen.com
**Emily H. Cowles**
ehc@morganandpottinger.com
**Jason W. Crowell**
jwcrowell@stoel.com,docketclerk@stoel.com
**Stephen J. Defeo**
sdefeo@brownconnery.com
**Nathan Ray Denney**
ndenney@cnmlaw.com
**B. Dye, Jr.**
pdye@velaw.com,shuyck@velaw.com
**Dennis K. Egan**
degan@kotzsangster.com
**Blake C. Erskine, Jr.**
berskine@erskine-blackburn.com,dmarlin@erskine-blackburn.com,vflores@erskine-blackburn.com
**Angela S. Fetcher**
angela.fetcher@skofirm.com
**Steven C. Forman**
scformanlaw@comcast.net
**Earl M. Forte**
forte@blankrome.com
**Eric D. Freed**
efreed@cozen.com,ncolton@cozen.com,mmerola@cozen.com

**Joseph M. Garemore**
jgaremore@brownconnery.com
**Michael Joseph Gartland**
mgartland@dlgfirm.com,dlgecfs@gmail.com,dlgecf@dlgfirm.com
**James Douglas Gilson**
jgilson@cnmlaw.com
**Lea Pauley Goff**
lea.goff@skofirm.com,ginger.whitehouse@skofirm.com
**Jonathan Scott Goldman**
goldman-js@blankrome.com
**Ronald L. Green**
rgreen@greenandchesnut.com,dhobson@greenandchesnut.com
**Norman E. Greenspan**
greenspan@blankrome.com
**Stephen E. Gross**
gross-s@blankrome.com
**Culver V. Halliday**
culver.halliday@skofirm.com
**John W. Hays**
jwhays@jacksonkelly.com,tslangham@jacksonkelly.com
**Nancy L. Hendrickson**
nancy@hendricksonlawfirm.com
**George Edward Henry, II**
geh@hwgsg.com
**Robin Luce Herrmann**
luce-herrmann@butzel.com
**Gloria S. Hong**
gshong@stoel.com
**Richard J. Idell**
richard.idell@idellseitel.com,courts@idellseitel.com
**John G. Irvin, Jr.**
jirvin@ksattorneys.com
**Brent E. Johnson**
bjohnson@hollandhart.com
**Brian M. Johnson**
b0mj@gdm.com,ejk@gdm.com,ckw@gdm.com
**Terry E. Johnson**
tjohnson@pjmlaw.com
**Jonathan F. Jorissen**
jorissen@butzel.com
**Jeremy T. Kamras**
jkamras@howardrice.com,nprince@howardrice.com,jcaruso@howardrice.com
**Benjamin Samuel Klehr**
bklehr@cozen.com
**George J. Krueger**
krueger@blankrome.com

**Matthew L. Lalli**
mlalli@swlaw.com
**Janet Knauss Larsen**
larja@fosterpdx.com,decks@fosterpdx.com
**Matthew R. Lindblom**
matthew.lindblom@skofirm.com,geena.brangers@skofirm.com
**John E. Lucian**
lucian@blankrome.com
**Kara Read Marino**
kmarino@hwgsg.com
**Romaine C. Marshall**
rcmarshall@hollandhart.com,lcpaul@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com
**Steven M. McCauley**
smccauley@mis.net
**Taft A. McKinstry**
federaldistrictky@fowlerlaw.com,fmbfederaldistrict@gmail.com
**Charles C. Mihalek**
cmihalek@mis.net
**Alisa E. Moen**
moen@blankrome.com,berry@blankrome.com
**John O'Neill Morgan, Jr.**
court@johnomorganjr.com,john@johnomorganjr.com,johnmorga@gmail.com
**Marc L. Newman**
mln@millerlawpc.com
**Elizabeth E. Nicholas**
eenicholas@jacksonkelly.com
**Kenneth Bradley Oakley**
kboakley@jacksonkelly.com
**David H. Oermann**
oermann@brrlawyers.com
**David Andrew Owen**
dao@gdm.com,ejk@gdm.com,ckw@gdm.com,abc@gdm.com
**Pamela Dae Perlman**
pdperlman@hotmail.com
**Jason M. Powers**
jpowers@velaw.com
**C. Randall Raine**
crr@hwgsg.com
**Elizabeth Juliana Rest**
elizabeth.rest@idellseitel.com,erest@idellseitel.com
**Ronald E. Reynolds**
ron@brrlawyers.com,oermann@brrlawyers.com,kathy@brrlawyers.com,julie@brrlawyers.com
**Catherine L. Sakach**
csakach@duanemorris.com

**Ory Sandel**
ory.sandel@idellseitel.com
**Richard A. Schonfeld**
rreyes@cslawoffice.net
**David W. Scofield**
dws@psplawyers.com
**Gilbert Ross Serota**
gserota@howardrice.com
**J. Ronald Sim**
jrsim@stoel.com,sea_docket@stoel.com,gshong@stoel.com,ldlomax@stoel.com
**Jeffrey Alan Springer**
jspringer@springer-and-steinberg.com,zjobe@springer-and-steinberg.com
**Matthew A. Stinnett**
mas2@gdm.com,ckw@gdm.com
**James T. Strawley**
strawley@blankrome.com
**David P. Thatcher**
david.thatcher@ogletreedeakins.com,kristy.burroughs@ogletreedeakins.com
**James D. Thompson, III**
jthompson@velaw.com,dglasson@velaw.com
**Kyle C. Thompson**
kthompson@sywlaw.com,ksedell@sywlaw.com
**Amanda Lee Tomlin**
atomlin@bsglex.com
**Ahndrea R. Van Den Elzen**
arv@pjmlaw.com
**Mickey T. Webster**
mwebster@wyattfirm.com,smcintyre@wyattfirm.com,rhobson@wyattfirm.com,jross@wyattfirm.com
**Jana M. Smoot White**
federaldistricteky@fowlerlaw.com,fmbfederaldistrict@gmail.com
**T. Scott White**
tsw@morganandpottinger.com
**Kenneth W. Yeates**
kyeates@sywlaw.com,ksedell@sywlaw.com

I further certify that on this same date I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Elizabeth Holt<br>7200 S. Alton Way<br>Suite A-190<br>Centennial, CO 80112 | National Equine Lending Company, LLC<br>c/o Terry Green<br>563 W 500 S<br>Suite 230<br>Bountiful, UT 84010 |
| Robert Holt<br>7200 S. Alton Way<br>Suite A-190<br>Centennial, CO 80112 | New NEL, LLC<br>c/o Terry Green<br>563 W 500 S<br>Suite 230<br>Bountiful, UT 84010 |
| Gary L. Thornhill<br>2880 Lakeside Dr<br>Suite 112<br>Santa Clara, CA 95054 | Thomas Williams<br>90 Baker Lane<br>Erie, CO 80516-9064 |

/s/ Junis L. Baldon

*Attorney for Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC and Monica and Jaswinder Grover*

LOULibrary 0108868.0536983   1168443v1