```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) | MDL No. 1877 |
| and | ) ) | Master File: Civil Action No. 07-353-JMH |
| WEST HILLS FARMS, LLC, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CLASSICSTAR, LLC, *et al.*, | ) ) | Civil Action No. 06-243-JMH |
| Defendants. | ) | **ORDER** |

*** *** ***

The relevant parties being in agreement [DE 777], and the Court being sufficiently advised, IT IS HEREBY ORDERED that Defendants GeoStar Corporation, Tony Ferguson and Thom Robinson may file an amended reply memorandum in further support of their motion to alter or amend the Court's October 11, 2011 Judgment. Any amended reply memorandum shall be filed within one day of the entry of this Agreed Order.

This the 6th day of December, 2011.



Signed By:
**Joseph M. Hood**
Senior U.S. District Judge