UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) | MDL No. 1877 |
| and | ) ) | Master File: Civil Action No. 07-353-JMH |
| WEST HILLS FARMS, LLC, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CLASSICSTAR, LLC, *et al.*, | ) ) | Civil Action No. 06-243-JMH |
| Defendants. | ) | **JUDGMENT** |

**\*\*\* \*\*\* \*\*\***

In accordance with the Court's Memorandum Opinion and Order of even date herewith and pursuant to Fed. R. Civ. P. 54(b), **IT IS ORDERED** that the Court's Amended Judgment, dated November 8, 2011 [DE 767], with respect to Plaintiffs' claims is a **FINAL** and **APPEALABLE** order and that there is **NO JUST CAUSE TO DELAY** in its execution.

This the 30th day of March, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge