UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

|  |  |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) <br> ) MDL NO. 1877 <br> ) <br> ) MASTER FILE <br> ) CIVIL ACTION NO. 5:07-CV-353-JMH <br> ) <br> ) <br> ) <br> ) 5:06-CV-00243-JMH   WEST HILLS FARMS <br> ) |

### NOTICE OF APPEAL

Notice is hereby given that Defendant John W. Parrott ("Mr. Parrott") appeals to the United States Court of Appeals for the Sixth Circuit from the following opinions, orders and judgments of the United States District Court for the Eastern District of Kentucky:

1.  Minute Entry Order for Pretrial Conference on August 15, 2011, entered August 16, 2011 (MDL Docket Entry No. 2265, Docket Entry No. 740 in 5:06-cv-243);

2.  Minute Entry Order for Hearing on September 29, 2011, entered September 29, 2011 (MDL Docket Entry No. 2313, Docket Entry No. 756 in 5:06-cv-243);

3.  Memorandum Opinion and Order, entered September 30, 2011 (MDL Docket Entry No. 2314, Docket Entry No. 757 in 5:06-cv-243);

4.  Amended Judgment entered on November 8, 2011 (MDL Docket Entry No. 2351, Docket Entry No. 767 in 5:06-cv-243);

5.  Memorandum Opinion and Order, entered on March 30, 2012 (MDL Docket Entry No. 2427, Docket Entry No. 795 in 5:06-cv-243);

  6. Judgment dates March 30, 2012 (MDL Docket Entry No. 2428, Docket Entry No. 796 in 5:06-cv-243) ("Judgment"); and

  7. Memorandum Opinion and Order, entered on April 4, 2012 (MDL Docket Entry No. 2441, Docket Entry No. 798 in 5:06-cv-243).

In addition, Mr. Parrott appeals from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, and upon which the Judgment is based.

               Respectfully Submitted,

               /s/ Culver V. Halliday
               Lea Pauley Goff
               Culver V. Halliday
               Angela S. Fetcher
               Stoll Keenon Ogden PLLC
               2000 PNC Plaza
               500 West Jefferson Street
               Louisville, Kentucky 40202
               Telephone: (502) 333-6000
               Facsimile: (502) 333-6099

               Attorneys for Defendant
               John W. Parrott

April 30, 2012

## CERTIFICATE OF SERVICE

      I certify that, on April 30, 2012, I served the foregoing Notice of Appeal, by delivering copies (1) electronically through the Court's CM/ECF system to those parties and representatives of parties required to be served registered to use the Court's CM/ECF system, and (2) by United States mail, first class postage prepaid, to the following parties and representatives of parties not registered to use the Court's CM/ECF system:

Elizabeth Holt
7200 S. Alton Way
Suite A-190
Centennial, Colorado 80112

Robert Holt
7200 S. Alton Way
Suite A-190
Centennial, Colorado 80112

National Equine Lending Company, LLC
New NEL, LLC
c/o Terry Green
563 W 500 S, Suite 230
Bountiful, Utah 84010

Gary L. Thornhill
2880 Lakeside Dr
Suite 112
Santa Clara, California 95054

Thomas Williams
90 Baker Lane
Erie, Colorado 80516-9064

S. David Plummer
1790 FM 2871
Fort Worth, Texas 76126

Strategic Opportunity Solutions, LLC
1790 FM 2871
Fort Worth, TX 76126

Viking Real Estate, L.C.
1790 FM 2871
Fort Worth, TX 76126

Zeus Investments, LLC
908 S. Signal Hill
Fruit Heights, UT 84037

Debora D. Plummer
1790 FM 2871
Fort Worth, TX 76126

Richard N. Bigelow
4619 S. Bountiful Ridge Dr.
Bountiful, UT 84010

Jennifer Stahle
1982 S. Lake Ridge Dr
Kaysville, UT 84037

Spencer D. Plummer III
908 S. Signal Hill
Fruit Heights, UT 84037

Shane D. Plummer
1790 FM 2871
Fort Worth, TX 76126

Thomas Williams
90 Baker Lane
Erie, CO 80516-9064

Crown Jewels Limited Partnership
1790 FM 2871
Fort Worth, TX 76126

      /s/ Culver V. Halliday_____
      Attorney for Defendant
      John W. Parrott

113271.136467/817132.1