UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION ) ) ) ) AND ) ) WEST HILLS FARMS, LLC, ET AL. ) ) PLAINTIFFS ) V. ) ) CLASSICSTAR, LLC, ET AL. ) ) DEFENDANTS ) | MDL No. 1877 Master File: Civil Action No.: 5:07-cv-353-JMH CASE NO.: 06-243-JMH |

**PLAINTIFFS' MOTION FOR AWARD OF STATUTORY
ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES**

Pursuant to Federal Rule of Civil Procedure 54(d)(2), LR 54.4, and this Court's November 8, 2011 and March 30, 2012 Judgment, Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC and Jaswinder and Monica Grover ("Plaintiffs"), through counsel, move the Court for an Order awarding attorney's fees and costs under 18 U.S.C. § 1964(c) in the amount of $4.46 million for fees and $460,107.17 for related nontaxable expenses, which are itemized in the Nontaxable Expenses Attachment attached here as Exhibit A, for work performed through the date of Judgment.[1]  Under 18 U.S.C. § 1964(c), Plaintiffs are entitled to "the cost of the suit, including a reasonable attorney's fee." Nontaxable expenses for items such as expert witnesses, computerized research, long distance phone calls, postage, and travel have been held recoverable under this language.  *See, e.g.,*

---

[1] Plaintiffs have separately and concurrently herewith filed their Bill of Costs, setting forth their taxable expenses.

*Uniroyal Goodrich Tire Co. v. Mut. Trading Corp.*, 3 F.3d 516, 526 (7th Cir. 1995); *Hertz Cop. v. Caulfield*, 796 F. Supp. 225, 229-30 (E.D. La. 1992).

Accordingly, Plaintiffs respectfully request that the Court enter an Order awarding Plaintiffs their attorney's fees and costs. Plaintiffs also request a hearing at which time they may present evidence in support of the amounts sought herein.

Respectfully submitted,

/s/ Barry D. Hunter
Paul E. Sullivan
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749
Telephone: (859) 231-0000
Facsimile: (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Attorneys for West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC and Monica and Jaswinder Grover

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been electronically filed on April 30, 2012, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

                                              /s/ Barry D. Hunter
                                              Counsel for Plaintiffs

LEXLibrary 0108868.0536983   509153v1