## NONTAXABLE EXPENSES ATTACHMENT

| Description | Total Amount |
|---|---|
| Professional Fees | $288,506.75 |
| Computer Research | $29,246.21 |
| Pacer Fees | $3,904.50 |
| United Parcel Service - - Next Day Air | $12,002.19 |
| Postage | $4,279.11 |
| Messenger Service | $1,513.24 |
| Faxes | $791.04 |
| Scans | $2,078.28 |
| Long Distance Phone Calls | $11,467.64 |
| Secretarial Support | $6,353.10 |
| Certified Document Charge | $122.40 |
| CD Duplication | $1105.00 |
| DVD Duplication | $920.00 |
| Document Binding | $21.25 |
| GBC Binding | $60.00 |
| Tabs | $642.24 |
| Binders | $231.80 |
| Parking | $2,217.60 |
| Meals | $10,678.82 |
| Air Fare | $43,523.45 |
| Taxi Service | $2,946.42 |
| Lodging | $30,984.34 |
| Mileage | $3,788.24 |
| Mediation Fee | $2,723.55 |
| | |
| GRAND TOTAL | $460,107.17 |

LEXLibrary 0108868.0536983   508953v1



EXHIBIT A