UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION ) ) ) | MDL No. 1877 |
| ) | |
| AND ) ) | Master File: Civil Action No.: 5:07-cv-353-JMH |
| WEST HILLS FARMS, LLC, ET AL. ) ) | |
| PLAINTIFFS ) | |
| V. ) ) | CASE NO.: 06-243-JMH |
| CLASSICSTAR, LLC, ET AL. ) ) | |
| DEFENDANTS ) | |

## ORDER

Plaintiffs West Hills Farms, LLC, Arbor Farms, LLC, Nelson Breeders, LLC, MacDonald Stables, LLC and Monica and Jaswinder Grover (collectively "Plaintiffs") having moved the Court for an award of statutory attorneys' fees and related nontaxable expenses, and the Court being in all ways sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs are awarded **$4.46 million** for fees and **$460,107.17** for related nontaxable expenses.

DATED: _____

_____
Judge, United States District Court

TENDERED BY:

/s/ Barry D. Hunter_____
Paul E. Sullivan
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749
Telephone: (859) 231-0000
Facsimile: (859) 231-0011

Robert C. Webb
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Attorneys for Plaintiffs West Hills
Farms, LLC, Arbor Farms, LLC,
Nelson Breeders, LLC, MacDonald
Stables, LLC and Monica and Jaswinder Grover

LEXLibrary 0108868.0536983   509150v1