```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRCT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) ) ) | MDL No. 1877 Master File: Civil Action No. 07-353-JMH |
| WEST HILLS FARMS, LLC, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 5:06-CV-243 |
| CLASSICSTAR, LLC, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

                              **\*\*\***

Upon the Court's own motion and in light of the entry of judgment and the absence of pending motions in the record, **IT IS ORDERED** that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**. Should the need arise, it may be returned to the active docket at a later time.

This the 29th day of February, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge